**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Middle District of Florida

Case number (*If known*): _____ Chapter **11** _____

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Artistic Holiday Designs, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 47-4074306 |

4. **Debtor's address**

**Principal place of business**

4417 SE 16th Pl #13
Number   Street

Cape Coral   FL   33904
City   State   ZIP Code

Lee County
County

**Mailing address, if different from principal place of business**

Number   Street

P.O. Box

City   State   ZIP Code

**Location of principal assets, if different from principal place of business**

101 Carroll Rd
Number   Street

South Whitley   IN   46787
City   State   ZIP Code

5. **Debtor's website** (URL)   artisticholidaydesigns.com

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

Debtor  Artistic Holiday Designs, LLC
_____   Case number *(if known)*_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

5414

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY

        District _____  When _____  Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  Holiday Creations Pro, Inc.  Relationship  Affiliate

        District  Middle District of Florida  When  01/28/2025
                                                     MM / DD / YYYY

        Case number, if known  Pending

| Debtor | Artistic Holiday Designs, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____
Number          Street

_____

_____
City                                    State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Artistic Holiday Designs, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/29/2025
MM / DD / YYYY

✘ /s/ Derek Norwood          Derek Norwood
Signature of authorized representative of debtor     Printed name

Title Managing Member

**18. Signature of attorney**

✘ /s/ Michael Dal Lago          Date 01/29/2025
Signature of attorney for debtor               MM / DD / YYYY

Michael Dal Lago
Printed name

Dal Lago Law
Firm name

999 Vanderbilt Beach Rd. Suite 200
Number        Street

Naples                    FL        34108
City                     State     ZIP Code

2395716877                mike@dallagolaw.com
Contact phone             Email address

102185                    FL
Bar number                State

---

**Fill in this information to identify the case:**

Debtor name _____Artistic Holiday Designs, LLC_____

United States Bankruptcy Court for the: ___Middle District of Florida___

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..................................................................

   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................

   $ ___8,777,840.65

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................................

   $ ___8,777,840.65

---

**Part 2:    Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................

   $ ___5,656,424.68

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................

   $ ___15,423.45

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ......................................

   +$ ___7,003,378.17

4. **Total liabilities** ...........................................................................................
   Lines 2 + 3a + 3b

   $ ___12,675,226.30

**Fill in this information to identify the case:**

Debtor name ___Artistic Holiday Designs, LLC___

United States Bankruptcy Court for the: ___Middle District of Florida___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Jonathan Licitra 4130 Grand Ave. Western Springs, IL, 60558 | | Insider Trade Debt | | | | 750,000.00 |
| 2 | Groupe Leblanc 6 RUE MICHAEL FARADAY 72100 LE MANS FRANCE, | rnet@leblanc-illuminations.com | Suppliers or Vendors | | | | 690,614.04 |
| 3 | Contract Credit Inc. 6500 River Place Blvd Building 7 Suite 250 Cape Coral, FL, 33904 | | Subcontractor Agreement | Unliquidated | | | 361,241.88 |
| 4 | United Rentals (North America), Inc PO Box 100711 Altlanta, GA, 30384-0711 | | Trade Debt | Unliquidated | | | 298,479.02 |
| 5 | Aggreko Holdings, Inc. 1105 N Market St Wilmington, DE, 19801-1216 | | Commercial Contract | Unliquidated | | | 222,714.83 |
| 6 | Derek Underwood 236 El Dorado Pkwy E Cape Coral, FL, 33904 | | Insider Trade Debt | | | | 212,100.00 |
| 7 | Willscot 4646 East Van Buren Street Suite 400 Phoenix, AZ, 85008 | | Trade Debt | Unliquidated | | | 143,317.23 |
| 8 | Renee Hebert 85 Maplecliff Dr Avon Lake, OH, 44012 | | Suppliers or Vendors | Unliquidated | | | 136,728.56 |

Debtor __Artistic Holiday Designs, LLC_____    Case number _(if known)_____
         Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | ARK HOSPITALITY SOLUTIONS, LLC 702 N Deerpath Drive Vernon Hills, IL, 60061 | | Settlement Agreement/Trade Debt | Unliquidated | | | 116,806.01 |
| 10 | Richard Norwood 1098 Norwalk Rd Lemont, IL, 60439 | | | | | | 70,000.00 |
| 11 | Petal and Company Productions LLC 909 3rd Ave Ste 1851 New York, NY, 10150 | | Suppliers or Vendors | Unliquidated | | | 61,956.50 |
| 12 | Sunbelt Rentals, Inc PO Box 409211 Atlandta, GA, 30384-9211 | | Trade Debt | Unliquidated | | | 59,159.84 |
| 13 | Integrity Soft Wash 1601 Highway 50 Otterville, MO, 65348 | | Trade Debt | Unliquidated | | | 58,453.71 |
| 14 | Leonards Unit Step Co. 1515 Channahon Rd. Joliet, IL, 60436 | | Trade Debt | Unliquidated | | | 57,764.64 |
| 15 | Creative Visions LLC 6838 Balson Avenue St. Louis , MO, 63143 | | Suppliers or Vendors | Unliquidated | | | 55,833.32 |
| 16 | SLN Contractors, Inc. 4130 Grand Ave. Western Springs, IL, 60558 | | Trade Debt | | | | 55,323.80 |
| 17 | Sonya Bakrou 11 RUE ANDRÉ CAYATTE 72000 LE MANS FRANCE, | | Trade Debt | | | | 51,500.00 |
| 18 | Gorton and Company 222 Rosewood Drive Suite 1100 Danvers, MA, 01923 | | Suppliers or Vendors | | | | 51,000.00 |
| 19 | American Express c/o CT Corporation System 1200 South Pine Island Road Fort Lauderdale, FL, 33324 | | Credit Card Debt | | | | 48,258.93 |
| 20 | Express Services, Inc. 9701 Boardwalk Blvd Oklahoma City, OK, 73162 | | Trade Debt | Unliquidated | | | 46,617.06 |

**Fill in this information to identify the case:**

Debtor name ___Artistic Holiday Designs, LLC___

United States Bankruptcy Court for the: ___Middle District of Florida___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Truist Checking | Checking | 3 7 6 7 | $ 4,243.34 |
| 3.2. | Truist Checking | Checking | 3 4 2 4 | $ 449.93 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | _____ | $_____ |
|---|---|---|
| 4.2. | _____ | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 4,693.27

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | |
|---|---|---|
| 7.1. | Security Deposit with C.C. Biz LLC (Landlord) for Office Building at 4417 SE 16th Place in Cape Coral | $ 3,000.00 |
| 7.2. | _____ | $_____ |

Debtor    Artistic Holiday Designs, LLC
_____    Case number *(if known)*_____
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $ 3,000.00

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    880,358.25 _____    – _____ 32,416.97 _____    = .......➤    $ 847,941.28
                              face amount             doubtful or uncollectible accounts

    11b. Over 90 days old:    5,882,355.66 _____    – _____ 5,882,355.66 _____    = .......➤    $ 0.00
                              face amount             doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 847,941.28

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:    % of ownership:

    15.1._____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

Debtor    Artistic Holiday Designs, LLC
_____
Name

Case number (*if known*)_____

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ___ / ___ / ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | ___ / ___ / ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | ___ / ___ / ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** See Schedule A/B Part 5, Question 22 Attachment | ___ / ___ / ___ MM / DD / YYYY | $_____ | Recent Cost-Based Valu | 7,842,916.10 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 7,842,916.10

24. **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

| Debtor | Artistic Holiday Designs, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** See continuation sheet | $ 0.00 | _____ | $ 20,000.00 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** See continuation sheet | $ 0.00 | _____ | $ 13,000.00 |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 33,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Artistic Holiday Designs, LLC
_____
Name

Case number (if known)_____

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2014 Toyota Camry VIN 4T4BF1FK9ER433260 | $_____ | Kelly Blue Book | $ 6,714.00 |
| 47.2 1985 Fruehauf Trailer VIN 1H2V04822FE024631 | $_____ | _____ | $ Unknown |
| 47.3 2008 Mitsubishi Fuso FE VIN JL6BBJ1S48K000485 | $_____ | _____ | $ Unknown |
| 47.4 See continuation sheet | $ 0.00 | | $ 39,575.00 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 46,289.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Artistic Holiday Designs, LLC
Name _____

Case number (*if known*)_____

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1    4417 SE 16th Place #13, Cape Coral, FL 33904 | Leasehold | | | Unknown<br>$_____ |
| 55.2    Warehouse leased at 101 Carroll Road, South Whitley, IN, 46787 | Leasehold | $_____ | _____ | Unknown<br>$_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>Website - https://artisticholidaydesigns.com/ | $_____ | _____ | 1.00<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 1.00

Debtor    Artistic Holiday Designs, LLC
          Name                                                    Case number *(if known)*_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➜  $_____
                                     Total face amount  doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____  $_____
_____    Tax year _____  $_____
_____    Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | Artistic Holiday Designs, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

<table>
<tr><td>Part 12:</td><td>Summary</td></tr>
</table>

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 4,693.27 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 3,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 847,941.28 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 7,842,916.10 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 33,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 46,289.00 | |
| 88. **Real property.** *Copy line 56, Part 9. .* ............................................. ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 8,777,840.65 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................  8,777,840.65        $ 8,777,840.65

---

Debtor 1   Artistic Holiday Designs, LLC

First Name   Middle Name   Last Name

Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

**39) Office furniture**
**General description Net book value Valuation method Current value**
**South Whitley 12,000.00**
**Office Furniture**
**Cape Coral Office 8,000.00**
**Furniture**
**41) Office equipment, including all computer equipment and communication systems equipment and software**
**General description Net book value Valuation method Current value**
**South Whitley 8,000.00**
**Office Technology**
**Cape Coral Office 5,000.00**
**Technology**
**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**
**General description Net book value Valuation method Current value**
**2014 Freightliner Unknown**
**M2 VIN**
**1FVACXCY5EHFN9470**
**2016 Ford 250 VIN Kelly Blue Book 14,017.00**
**1FT7W2B69GEA72631**
**1997 Wabash NATL Unknown**
**VIN**
**1JJE532S9VL411692**
**2013 Chevrolet Kelly Blue Book 6,071.00**
**Silverado VIN**
**1GC0CVCG8DF165276**
**2013 Chevrolet Kelly Blue Book 6,071.00**
**Silverado VIN**
**1GC0CVCG3DF166481**
**2021 Chevrolet Kelly Blue Book 13,416.00**
**Suburban VIN**
**1GNSCEKDXMR49503**

| Part # | Description | Dimensions | QTY | RETAIL PRICE 2023 | 2024 Total Retail Value | 2024 True cost per piece | 2024 Total Value at Cost |
|---|---|---|---|---|---|---|---|
| | | | | | **$12,219,273.58** | | **$7,842,916.10** |
| **1. Immersive Displays** | | | | | | | |
| 408893 | Walk thru Giftbox | H 16.4ft x W 15ft x D 10.16ft | 1 | $19,767.28 | $19,767.28 | $11,069.67 | $11,069.67 |
| 203837 | Gold Sit in Giftbox | H 12.46ft x W 12.30ft x D 12.30ft | 2 | $29,488.89 | $58,977.78 | $16,513.78 | $33,027.55 |
| 203311 | Animated Walk Thru Giftbox Gold | H 17.06ft x W 20.66ft x D 12.30ft | 2 | $43,115.53 | $86,231.07 | $24,144.70 | $48,289.40 |
| 203834 | Infinity Giftbox Tunnel | H 17ft x W 17ft x L 27.5ft | 2 | $59,321.02 | $118,642.04 | $33,219.77 | $66,439.54 |
| 203308 | Animated Giftbox Ribbon | H 9.84ft x W 20.66ft x D 3.28ft | 1 | $10,392.33 | $10,392.33 | $5,819.70 | $5,819.70 |
| 203446 | Animated Giftbox Ribbon Silver | H 9.84ft x W 20.66ft x D 3.28ft | 1 | $10,392.33 | $10,392.33 | $5,819.70 | $5,819.70 |
| 412713 | Walk thru Santa Hat | H 32.8ft x W 26.24ft x D 26.24ft | 1 | $124,943.49 | $124,943.49 | $69,968.35 | $69,968.35 |
| 414521 | Walk Thru Castle | H 32ft x W 29.52ft | 1 | $73,291.28 | $73,291.28 | $41,043.12 | $41,043.12 |
| 414340 | Beautiful Castle | H 16.4 x W 17.06ft x D 15.41ft | 1 | $20,501.39 | $20,501.39 | $11,480.78 | $11,480.78 |
| 204789 | Carriage - Carosse - gold | L:5,1 H:3,85 P:3,1 M | 1 | $55,440.00 | $55,440.00 | $31,046.40 | $31,046.40 |
| 414341 | Magic Castle | H 11.97ft x W 14.76 x D 10.49ft | 1 | $29,488.89 | $29,488.89 | $16,513.78 | $16,513.78 |
| 203835 | Infinity Star Tunnel | H 17ft x W 17ft x L 27.5ft | 1 | $59,321.02 | $59,321.02 | $33,219.77 | $33,219.77 |
| 409131 | 3D Starburst | H 22.96ft x W 22.96ft x D 22.96ft | 1 | $31,851.44 | $31,851.44 | $17,836.80 | $17,836.80 |
| 412973 | 3D Mirror Starburst | H 22.96ft x W 22.96ft x D 22.96ft | 2 | $33,236.28 | $66,472.56 | $18,612.32 | $37,224.63 |
| 202653 | Theater of Lights | H 11.64ft x W 16.4ft x D 13.12ft | 2 | $24,321.31 | $48,642.62 | $13,619.93 | $27,239.86 |
| 409251 | Jubliee Walk Thru Ornament | H 14.43ft x W 15.74ft x D 6.56ft | 2 | $20,451.39 | $40,902.77 | $11,452.78 | $22,905.55 |
| 202226 | Walk Thru Passage | H 13.77ft x W 15.08ft x D 6.56ft | 1 | $17,984.98 | $17,984.98 | $10,071.59 | $10,071.59 |
| 409492 | Walk Thru Ornament with gold glittering interior | H 14.43ft x W 15.74ft x D 14.60ft | 1 | $38,706.42 | $38,706.42 | $21,675.59 | $21,675.59 |
| 203185 | Gold Sit in Ornament | H 14.76ft x W 14.76ft x D 13.28ft | 1 | $28,084.66 | $28,084.66 | $15,727.41 | $15,727.41 |
| 203186 | Red Sit in Ornament | H 14.76ft x W 14.76ft x D 13.28ft | 2 | $28,084.66 | $56,169.32 | $15,727.41 | $31,454.82 |
| 203184 | Pure Sit in Ornament | H 14.76ft x W 14.76ft x D 13.28ft | 1 | $28,084.66 | $28,084.66 | $15,727.41 | $15,727.41 |
| 201805 | Walk Thru Christmas Ornament | H 14.43ft x W 15.74ft x D 14.60ft | 1 | $38,706.42 | $38,706.42 | $21,675.59 | $21,675.59 |
| 204707 | Ornament Arch - 6 panels | H 10.33ft x D 13.12ft | 1 | $10,436.80 | $10,436.80 | $6,429.07 | $6,429.07 |
| 203861 | Infinity Snow Globe | H 14.76ft x W 14.76ft x L 14.76ft | 3 | $49,398.58 | $98,797.16 | $27,663.20 | $55,326.41 |
| 203275 | Walk thru Snowball | H 14.10ft x W 16.4ft x D 14.76ft | 1 | $50,408.36 | $50,408.36 | $28,228.68 | $28,228.68 |
| 202224 | Fairytale Arch | H 8.2ft x W 22.96ft x D 5.25ft | 2 | $8,983.49 | $17,966.98 | $5,030.75 | $10,061.51 |
| 202631 | Elsa Throne | H 8.53ft x W 5.41ft x D 3.93ft | 4 | $9,901.64 | $39,606.56 | $5,544.92 | $22,179.67 |
| 410770 | Walk Thru Snowflake Panels w/Ornaments | H 16.4ft x W 26.54ft x D 6.56ft | 2 | $16,184.69 | $32,369.37 | $9,063.42 | $18,126.85 |
| 410771 | Walk thru Snowflake | H 15.84ft x W 23.75ft x D 6.56ft | 1 | $24,286.03 | $24,286.03 | $13,464.18 | $13,464.18 |
| 203176 | Frozen Reindeer | H 6.56ft x W 4.88ft x D 2.06ft | 2 | $12,422.06 | $24,844.12 | $6,956.35 | $13,912.70 |
| 203131 | Frozen Sleigh | H 6.13ft x W 13.57ft x D 4.75ft | 1 | $10,621.77 | $10,621.77 | $5,948.19 | $5,948.19 |
| 203220 | Gold Reindeer | H 6.56ft x W 4.88ft x D 2.06ft | 8 | $12,422.06 | $99,376.46 | $6,956.35 | $55,650.82 |
| 203124 | Gold Sleigh | H 6.06ft x W 13.57ft x D 4.75ft | 2 | $11,701.94 | $23,403.89 | $6,553.09 | $13,106.18 |
| 202220 | Reindeer | H 6.5ft x W 7.5 | 5 | $10,157.65 | $50,788.25 | $5,631.40 | $28,157.01 |
| 202221 | Sleigh | H 4.9ft x 13.4ft | 1 | $9,652.50 | $9,652.50 | $5,351.35 | $5,351.35 |
| 202225 | Pure White Ribbon Arch - no animation | H 13ft x W 32.8ft x D 6.55ft | 2 | $28,440.72 | $56,881.44 | $15,767.54 | $31,535.07 |
| 202682 | Candy Cane Arch | H 11.15ft x W 19.68ft x D 3.94ft | 3 | $28,804.78 | $86,414.33 | $16,130.67 | $48,392.02 |
| 203175 | Gingerbread House | H 16.4ft x W 19.68ft x D 3.28ft | 2 | $27,004.48 | $54,008.97 | $15,122.51 | $30,245.02 |
| 412124 | Macaron Carousel | H 14.43ft x W 13.12ft x D 13.12ft | 1 | $30,160.60 | $30,160.60 | $15,122.51 | $15,122.51 |
| 411500 | Cocoa Mug | H 14.76ft x W 17.06ft | 3 | $35,122.08 | $105,366.23 | $19,668.36 | $59,005.09 |
| 412122 | Walk Thru Cupcake | H 19.68ft x W 18.79ft x D 18.79ft | 2 | $46,740.28 | $93,480.56 | $25,912.81 | $51,825.62 |
| 412121 | Walk Thru Cake | H 14.76ft x W 13.94ft x D 13.45ft | 2 | $58,750.06 | $117,500.12 | $32,571.03 | $65,142.07 |
| 203428 | Carousel | H 9.84ft x D 8.2ft | 3 | $26,793.03 | $80,379.09 | $15,004.10 | $45,012.29 |
| 414219 | Train Engine Photo Stand | H 9.18ft x W 13.94ft x D 6.56ft | 2 | $26,619.76 | $53,239.52 | $14,907.06 | $29,814.13 |
| 204650 | Candy Cane Sleigh - Luge des Lutins | H 4.59ft x W 4.42ft x D 1.96ft | 2 | $5,821.20 | $11,642.40 | $3,259.87 | $6,519.74 |
| 204632 | Voiture de Course - Wind up Car | H 3.11ft x W 2.78ft x L 6.72ft | 2 | $5,405.40 | $10,810.80 | $2,996.75 | $5,993.51 |
| 204633 | Rocket Photo booth | H 7.2ft x W 2.95ft x D 4.59ft | 2 | $2,342.34 | $4,684.68 | $1,298.59 | $2,597.19 |
| 203859 | XL Infinity Fountain | H 19.68ft x D 16.4ft | 1 | $62,909.63 | $62,909.63 | $35,229.39 | $35,229.39 |
| 412754 | Garland Frame | H 12ft x W 9.84ft x D 3.87ft | 4 | $13,218.98 | $52,875.90 | $7,402.63 | $29,610.50 |
| 204659 | Frame 3D printed with Green Tree | H 8.53ft x W 13.12ft | 1 | $3,952.40 | $3,952.40 | $2,191.21 | $2,191.21 |
| 203135 | Enchanted Arch (set of 2 for full arch) | H 11.81ft x W 13.45ft x D 2.62ft | 4 | $8,785.92 | $35,143.68 | $4,920.12 | $19,680.46 |
| 204690 | 3D Printed 2D Ornament Arch - Arche Boule - | H 13.12ft x W 14.76ft x D 3.25ft | 2 | $9,009.00 | $18,018.00 | $5,045.04 | $10,090.08 |
| 414248 | Entrance Arch | H 11.98ft x W 8.04ft x D 1.97ft | 3 | $9,179.28 | $27,537.84 | $5,140.40 | $15,421.19 |
| 204694 | Nova Arch - 3D Printed Arch with Stars | H 13.12ft x W 14.76ft x D 4.92ft | 1 | $9,563.40 | $9,563.40 | $5,355.50 | $5,355.50 |
| 204686 | Champagne Arch | H 13.12ft x W 18ft x D 4.92ft | 2 | $9,009.00 | $18,018.00 | $5,045.04 | $10,090.08 |
| 413681 | Mistletoe Moment | H 12.46ft x L 14.76ft x D 3.28ft | 1 | $13,212.75 | $13,212.75 | $7,399.14 | $7,399.14 |
| 415531 | Arctic Express Arch | H 14.9ft x W 20.4ft x D 2.7ft | 1 | $18,585.60 | $18,585.60 | $10,303.86 | $10,303.86 |
| 414230 | Heart Bench | H 9.8ft x W 13.12ft x D 2.46ft | 1 | $17,006.34 | $17,006.34 | $9,523.55 | $9,523.55 |
| **2. Sculptural Displays** | | | | | | | |
| 203436 | Willow Reindeer | H 19.68ft x W 17.06ft x D 14.10ft | 3 | $50,269.88 | $150,809.64 | $28,151.13 | $84,453.40 |
| 203123 | 3D Frozen Stag | H 16.10ft x W 14.59ft x D 7.34ft | 2 | $29,704.93 | $59,409.86 | $16,634.76 | $33,269.52 |
| 414338 | Storybook princess | H 13.12ft X W 14.76ft D 14.76ft | 1 | $41,156.28 | $41,156.28 | $23,047.52 | $23,047.52 |
| 409217 | 3D Big Teddy | H 16.4ft x W 13.12ft x D 12.63ft | 1 | $35,015.81 | $35,015.81 | $19,608.85 | $19,608.85 |
| 202051 | 3D Teddy | H 9.84ft x W 7.54ft x D 7.54ft | 2 | $20,163.34 | $40,326.68 | $11,291.47 | $22,582.94 |
| 412142 | 3D Teddy in silver | H 9.84ft x W 7.54ft x D 7.54ft | 1 | $20,163.34 | $20,163.34 | $11,291.47 | $11,291.47 |
| 203429 | 3D Santa | H 11.15ft x W 8.36ft x D 7.87ft | 2 | $20,163.34 | $40,326.68 | $11,291.47 | $22,582.94 |
| 202708 | 3D Rudolph | H 11.48ft x W 7.54ft x D 7.54ft | 2 | $20,163.34 | $40,326.68 | $11,291.47 | $22,582.94 |
| 202709 | 3D Snowman | H 10.49ft x W 7.54ft x D 7.54ft | 4 | $20,163.34 | $80,653.36 | $11,291.47 | $45,165.88 |
| 412143 | 3D Snowman in silver | H 10.49ft x W 7.54ft x D 7.54ft | 2 | $20,163.34 | $40,326.68 | $11,291.47 | $22,582.94 |

| Part # | Description | Dimensions | QTY | RETAIL PRICE 2023 | 2024 Total Retail Value | 2024 True cost per piece | 2024 Total Value at Cost |
|---|---|---|---|---|---|---|---|
| | | | | | **$12,219,273.58** | | **$7,842,916.10** |
| 201966 | Snowman Albert | H 9.8ft x W 5.08ft x D 5.08ft | 1 | $8,723.52 | $8,723.52 | $4,836.32 | $4,836.32 |
| 412381 | 3D Penguin | H 9.84ft x W 7.21ft x D 6.56ft | 4 | $20,163.34 | $80,653.36 | $11,291.47 | $45,165.88 |
| 414017 | Sledding Polar Bear | H 4.1ft x W 9.51ft | 3 | $10,521.32 | $31,563.97 | $5,891.94 | $17,675.82 |
| 414228 | Ice Skate Polar Bear | H 7.21ft x W 6.23ft D 5.9ft | 2 | $10,965.98 | $21,931.95 | $6,140.95 | $12,281.89 |
| 412636 | Reindeer in Gold with Gold Spangles | H 9.84ft x W 6.23ft x D 2.62ft | 4 | $9,708.42 | $38,833.70 | $5,436.72 | $21,746.87 |
| 412637 | Reindeer in White with Silver Spangles | H 9.84ft x W 6.23ft x D 2.62ft | 5 | $9,708.42 | $48,542.12 | $5,436.72 | $27,183.59 |
| 203122 | Frozen Reindeer 9.8ft | H 9.8ft x W 7.22ft x D 3.12ft | 1 | $12,355.20 | $12,355.20 | $6,849.72 | $6,849.72 |
| 203290 | Gingerbread Reindeer | H 6.56ft x W 4.88ft x D 2.06ft | 1 | $12,422.06 | $12,422.06 | $6,886.79 | $6,886.79 |
| 414231 | Nutcrackers | H 8.53ft x W 2.62ft x D 2.62ft | 4 | $10,029.59 | $40,118.36 | $5,616.57 | $22,466.28 |
| 412756 | 3D Angel 2M | H 6.56ft W 2.62ft x D 4.42ft | 2 | $12,719.08 | $25,438.16 | $7,122.68 | $14,245.37 |
| 412757 | 3D Angel 3M | H 9.8ft W 4.10ft x D 6.56ft | 1 | $18,851.90 | $18,851.90 | $10,557.06 | $10,557.06 |
| 203287 | Polar Bear | H 6.56ft x W 5.08ft x D 5.08ft | 1 | $8,027.50 | $8,027.50 | $4,450.45 | $4,450.45 |
| 203074 | Funky Penguin | H 4.33ft x W 4.92ft x D 3.28ft | 2 | $3,981.12 | $7,962.24 | $2,207.13 | $4,414.27 |
| 203071 | Funky Reindeer | H 6.88ft x W 4.26ft x D 3.6ft | 1 | $3,981.12 | $3,981.12 | $2,207.13 | $2,207.13 |
| 202519 | 3D Seal | H 3.28ft x W 2.29ft x D 2.95ft | 1 | $3,981.12 | $3,981.12 | $2,207.13 | $2,207.13 |
| | | | | | | | |
| **3. Holiday Trees** | | | | | | | |
| 412260 / 414015 | Happy Tree | H 19.68ft x W 9.8ft | 4 | $10,703.89 | $42,815.56 | $5,994.18 | $23,976.72 |
| 201662 | Double Cone (warm/warm) | H 32.80ft x W 13.12ft x D 13.12ft | 6 | $11,141.71 | $66,850.28 | $6,239.36 | $37,436.16 |
| 408492 | Double cone (warm/pure) | H 32.80ft x W 13.12ft x D 13.12ft | 2 | $11,141.71 | $22,283.43 | $6,239.36 | $12,478.72 |
| 201621 | Double cone (pure/pure) | H 32.80ft x W 13.12ft x D 13.12ft | 4 | $11,141.71 | $44,566.85 | $6,239.36 | $24,957.44 |
| 201843 | Tadd Tree | H 19.68ft x W 9.84ft x D 9.84ft | 6 | $12,584.09 | $75,504.53 | $7,047.09 | $42,282.54 |
| 203132 | Silver Willow Tree 4 panels | H 16.40ft x D 19.68ft | 4 | $13,093.67 | $52,374.70 | $7,332.46 | $29,329.83 |
| 410681 | Willow Tree Gold - 32.8ft | H 32.8ft x W 41.98ft x D 41.98ft | 4 | $81,043.88 | $324,175.50 | $45,384.57 | $181,538.28 |
| 404989 | Manon Tree | H 19.68ft x W 6.56ft x D 6.56ft | 4 | $15,153.27 | $75,766.35 | $8,485.83 | $42,429.16 |
| 203165 | Perle tree in gold + 203194 Star | H 19.68ft x W 11.97ft x D 11.97ft | 4 | $15,662.59 | $62,650.37 | $8,771.05 | $35,084.21 |
| 412288 | Perle tree in green + 412074 | H 19.68ft x W 11.97ft x D 11.97ft | 1 | $15,662.59 | $15,662.59 | $8,771.05 | $8,771.05 |
| 203188 | Snowflake Tree | H 19.685ft x W 9.84ft x D 9.84ft | 5 | $17,449.05 | $87,245.24 | $9,771.47 | $48,857.33 |
| 203903 | Infinity Magic Tree | H 16.4ft x L 13.77ft x W 11.81ft | 2 | $18,567.04 | $37,134.09 | $10,397.54 | $20,795.09 |
| 203856 | Infinity Crystal Tree | H 25.59ft x W 12.1ft x L 16.73ft | 1 | $59,618.98 | $59,618.98 | $33,386.63 | $33,386.63 |
| 412385 | Gold Sylvestre | H 23.62ft x W 19.35ft x D 19.35ft | 1 | $28,715.48 | $28,715.48 | $16,080.67 | $16,080.67 |
| 203435 | Grand Sylvestre | H 24.11ft x D 19.02ft | 4 | $43,115.53 | $172,462.14 | $24,144.70 | $96,578.80 |
| 202520 | Prism Tree | H 22.8ft x W 15.42ft x D 15.42ft | 1 | $41,927.36 | $41,927.36 | $23,479.32 | $23,479.32 |
| 203756 | Louise Tree 20ft | H 20ft x D 13.12ft | 1 | $52,125.13 | $52,125.13 | $29,190.07 | $29,190.07 |
| 412133 | Sugar Tree | H 17.06ft x W 9.84ft x D 9.84ft | 3 | $45,544.85 | $136,634.55 | $25,505.12 | $76,515.35 |
| 202499 | Ribbon Tree in Glittering Gold + Star 409279 | H 28ft x W 20.99 x D 20.99ft | 1 | $83,021.46 | $83,021.46 | $46,492.01 | $46,492.01 |
| 414910 | Ribbon Tree in Glittering Green + Star 412070 | H 28ft x W 20.99 x D 20.99ft | 1 | $83,021.46 | $83,021.46 | $46,492.01 | $46,492.01 |
| 413609 | Ornament Stack Tree | H 26.24ft x L 15.748ft x W 13.77ft | 1 | $90,967.70 | $90,967.70 | $50,941.91 | $50,941.91 |
| 413503 | Gingerbread Cone Tree | H 36ft x D 21.32ft | 1 | $95,055.76 | $95,055.76 | $53,231.23 | $53,231.23 |
| 410682 | Polygon Tree | H 32.8ft x W 28.63ft x D 28.63ft | 1 | $95,331.82 | $95,331.82 | $53,385.82 | $53,385.82 |
| 209247 | Gold Stack Tree | H 16.4ft x W 8.2ft x D 2.95ft | 2 | $10,091.31 | $20,182.62 | $5,594.62 | $11,189.24 |
| 209280 | Gold Stack Tree Small | H 8.8ft x W 3.9ft x D 1.8ft | 1 | $5,342.46 | $5,342.46 | $2,961.86 | $2,961.86 |
| | | | | | | | |
| **4. Majestic Light Displays** | | | | | | | |
| 203144 / 408942 | Majestic Star - 5.9ft | H 5.9ft x W 7.87ft x D 0.98ft | 2 | $4,777.72 | $9,555.44 | $2,675.52 | $5,351.04 |
| 409323 | Majestic Star - 9.8ft | H 9.84ft x W 13.34ft x D 1.64ft | 4 | $8,101.35 | $32,405.38 | $4,536.75 | $18,147.02 |
| 203146 / 408945 | Majestic Giftbox - 6.5ft | H 6.56ft x W 5.9ft x D 0.98ft | 1 | $4,777.72 | $4,777.72 | $2,675.52 | $2,675.52 |
| 409325 | Majestic Giftbox - 9.8ft | H 9.84ft x W 8.85ft x D 1.64ft | 3 | $8,225.98 | $24,677.93 | $4,606.55 | $13,819.64 |
| 203145 | Majestic Ornament - 6.5ft | H 6.56ft x W 7.54ft x D 0.98ft | 4 | $4,777.72 | $19,110.87 | $2,675.52 | $10,702.09 |
| 409250 | Majestic Candy Cane Red - 6.3ft | H 6.3ft x W 7.22ft x D 0.98ft | 6 | $4,611.53 | $27,669.18 | $2,582.46 | $15,494.74 |
| 409328 | Majestic Candy Cane Red - 9.8ft | H 9.84ft x W 10.8ft x D 1.64ft | 4 | $7,893.62 | $31,574.48 | $4,420.43 | $17,681.71 |
| 409249 | Majestic Snowflake White- 6.5ft | H 6.56ft x W 7.87ft x D 0.98ft | 7 | $5,193.17 | $36,352.16 | $2,908.17 | $20,357.21 |
| 409326 | Majestic Snowflake White - 9.8ft | H 9.84ft x W 10.82ft x D 1.64ft | 5 | $8,101.35 | $40,506.73 | $4,536.75 | $22,683.77 |
| 202989 | Majestic Gold Snowflake - 6.5ft | H 6.56ft x W 7.87ft x D 0.98ft | 1 | $5,193.17 | $5,193.17 | $2,879.09 | $2,879.09 |
| 202991 | Majestic Heart - 5.5ft | H 5.57ft x W 7.21ft D 0.98ft | 1 | $5,193.17 | $5,193.17 | $2,908.17 | $2,908.17 |
| 202990 | Majestic Bell - 6.5ft | H 6.56ft x W 6.56ft x D 0.98ft | 1 | $5,193.17 | $5,193.17 | $2,908.17 | $2,908.17 |
| | | | | | | | |
| **4. 3D Accent Displays** | | | | | | | |
| 201756 | 2D/3D Enchanted Giftbox | H 9.84ft x W 7.22ft x D 2.62ft | 3 | $6,003.31 | $18,009.92 | $3,361.85 | $10,085.55 |
| 201754 | 2D/3D Enchanted Star | H 10.5ft x W 9.84ft x D 2.62ft | 9 | $5,504.76 | $49,542.87 | $3,082.67 | $27,744.01 |
| 415475 | 2D/3D Enchanted Green star | H 10.5ft x W 9.84ft x D 2.62ft | 1 | $5,504.76 | $5,504.76 | $3,082.67 | $3,082.67 |
| 409230 | 2D/3D Radiant Gold Spangle Star - 6.5ft | H 6.56ft x W 6.88ft x D 1.64ft | 3 | $6,605.71 | $19,817.13 | $3,699.20 | $11,097.59 |
| 415366 | 2D/3D Radiant SILVER Spangle Star - 6.5ft | H 6.56ft x W 6.88ft x D 1.64ft | 1 | $1,530.95 | $1,530.95 | $857.33 | $857.33 |
| 411533 | 3D Animated Star - 9.84ft | H 9.84ft x W 9.84ft x D 9.84ft | 6 | $7,138.19 | $42,829.12 | $3,997.38 | $23,984.30 |
| 409233 | 2D/3D Radiant Silver Spangle Snowflake | H 6.56ft x W 6.88ft x D 1.64ft | 4 | $6,678.42 | $26,713.68 | $3,702.52 | $14,810.06 |
| 408903 | 2D/3D Enchanted Blue Snowflake | H 9.84ft x W 9.8ft x D 2.62ft | 7 | $5,504.76 | $38,533.34 | $3,082.67 | $21,578.67 |
| 408476 | 2D/3D Enchanted Pure Snowflake | H 9.84ft x W 9.8ft x D 2.62ft | 8 | $5,504.76 | $44,038.10 | $3,082.67 | $24,661.34 |
| 201744 | Letters to Santa Box | H 4.9ft x W 3.28ft x D 1.96ft | 7 | $5,660.56 | $39,623.89 | $3,169.91 | $22,189.38 |
| 204656 | Santa Legs in Giftbox - Pere Noel Oups | H 4.59ft x W 2.62ft x D 2.62ft | 1 | $2,910.60 | $2,910.60 | $1,629.94 | $1,629.94 |
| 202378 | 3D Silly Elf Legs Giftbox - 5.90ft | H 5.90ft x W 4.75ft x D 2.62ft | 5 | $4,417.66 | $22,088.28 | $2,473.89 | $12,369.43 |
| 202056 | 2D/3D Snowman | H 8.88ft x W 7.37ft x D 2.62ft | 2 | $8,288.30 | $16,576.60 | $3,082.67 | $6,165.33 |

| Part # | Description | Dimensions | QTY | RETAIL PRICE 2023 | 2024 Total Retail Value | 2024 True cost per piece | 2024 Total Value at Cost |
|---|---|---|---|---|---|---|---|
| | | | | | **$12,219,273.58** | | **$7,842,916.10** |
| 202704 | 3D North Pole Sign - 9.84ft | H 9.84ft x W 4.26ft x D 4.75ft | 4 | $5,940.99 | $23,763.96 | $3,326.95 | $13,307.82 |
| 202381 | 3D Gold Sled | H 10.17ft x W 3.28ft x D 3.28ft | 1 | $3,266.77 | $3,266.77 | $1,829.39 | $1,829.39 |
| 202676 | Ornament Chair | H 5.9ft x W 3.9ft x D 3.9ft | 1 | $6,481.07 | $6,481.07 | $3,593.11 | $3,593.11 |
| 203117 | Igloo | H 9.8ft x W 4.26ft x D 9.8ft | 2 | $6,115.20 | $12,230.40 | $3,390.27 | $6,780.53 |
| 204654 | Snowman in giftbox - Neige Oups | | 1 | $2,910.60 | $2,910.60 | $1,613.64 | $1,613.64 |
| 202054 | 2D/3D Santa | H 9.84ft x W 7.54ft x D 2.62ft | 3 | $12,556.18 | $37,668.54 | $7,031.46 | $21,094.38 |
| 202675 | Letters to Santa Sleigh | | 1 | $6,530.17 | $6,530.17 | $3,620.33 | $3,620.33 |
| 202057 | 2D/3D Gingerbread Man | H 9.84ft x W 8.2ft x D 2.62ft | 9 | $10,365.56 | $93,290.08 | $5,804.72 | $52,242.44 |
| 203271 | 3D Gingerbread Cookie - 6.88ft | H 6.88ft x W 8.2ft x D 2.62ft | 3 | $9,820.72 | $29,462.17 | $5,499.60 | $16,498.81 |
| 414235 | 3D Candy Cane Set | H 12.1ft x W 12.3ft x D 3.6ft | 6 | $12,006.75 | $72,040.52 | $6,723.78 | $40,342.69 |
| 412126 | 3D Candy Apple Display - 9.84ft | H 9.84ft x W 4.92ft x D 4.92ft | 4 | $11,425.61 | $45,702.45 | $6,398.34 | $25,593.37 |
| 412134 | 3D Red Swirl Candy - 7.05ft | H 7.05ft x W 7.54ft x D 7.54ft | 3 | $6,549.10 | $19,647.30 | $3,630.82 | $10,892.46 |
| 412135 | 3D Pink Swirl Candy - 5.57ft | H 5.57ft x W 5.9ft x D 5.9ft | 5 | $5,337.41 | $26,687.05 | $2,988.95 | $14,944.75 |
| 412125 | 3D French Macarons Display | H 7.38ft x W 7.7ft x D 4.92ft | 3 | $13,276.62 | $39,829.85 | $7,434.90 | $22,304.71 |
| 414233 | 3D Candies | H 9.8ft x W 6.5ft x D 4.9ft | 3 | $12,168.52 | $36,505.56 | $6,814.37 | $20,443.11 |
| 414234 | 3D Yellow Lollipop | H 7.5ft x W 4.9ft x D 3.6ft | 3 | $6,866.13 | $20,598.40 | $3,845.04 | $11,535.11 |
| 412649 | Sitting Gingerbread man | H 6.56ft x W 5.9ft x D 6.88ft | 2 | $5,164.09 | $10,328.18 | $2,862.97 | $5,725.94 |
| 412720 | Gold Bow | H 9.84ft x W 9.18ft x D 2.62ft | 2 | $9,832.41 | $19,664.81 | $5,506.15 | $11,012.29 |
| 203140 | Gold Sparkle Cone Tree - 10.82ft | H 10.82ft x D 4.92ft | 3 | $7,021.17 | $21,063.50 | $3,931.85 | $11,795.56 |
| 203139 | Silver Sparkle Cone Tree - 10.82ft | H 10.82ft x D 4.92ft | 5 | $7,021.17 | $35,105.84 | $3,931.85 | $19,659.27 |
| 411746 | Green Cone Trees | | 3 | $7,021.16 | $21,063.48 | $3,892.53 | $11,677.59 |
| 201753 | 2D/3D Enchanted Tree ( Park Place Elmhurst) - dupl | H 9.8ft x W 6.5ft x D 2.62ft | 4 | $2,994.55 | $11,978.21 | $1,676.95 | $6,707.80 |
| 412721 | 3D Gold Animated Giftbox - 11.48ft | H 11.48ft x W 9.67ft x D 6.88ft | 5 | $10,258.52 | $51,292.59 | $5,744.77 | $28,723.86 |
| 203729 | Blue giftbox photo booth | H 7.38ft x W 8.36ft x D 3.28ft | 2 | $5,732.59 | $11,465.18 | $3,178.15 | $6,356.30 |
| 202724 | 3D Gold Giftbox - 3.28ft | H 3.28ft x W 4.43ft x D 3.28ft | 4 | $2,056.49 | $8,225.98 | $1,151.64 | $4,606.55 |
| 202720 | 3D Blue Giftbox - 3.28ft | H 3.28ft x W 4.43ft x D 3.28ft | 7 | $2,056.49 | $14,395.46 | $1,151.64 | $8,061.46 |
| 202722 | 3D Green Giftbox - 3.28ft | H 3.28ft x W 4.43ft x D 3.28ft | 7 | $2,056.49 | $14,395.46 | $1,151.64 | $8,061.46 |
| 202723 | 3D Pure Giftbox - 3.28ft | H 3.28ft x W 4.43ft x D 3.28ft | 5 | $2,056.49 | $10,282.47 | $1,151.64 | $5,758.18 |
| 202721 | 3D Red Giftbox - 3.28ft | H 3.28ft x W 4.43ft x D 3.28ft | 4 | $2,056.49 | $8,225.98 | $1,151.64 | $4,606.55 |
| 409254 | 3D Small Red Giftbox - 3.9ft | H 3.94ft x W 3.28ft x D 2.3ft | 2 | $4,528.45 | $9,056.89 | $2,535.93 | $5,071.86 |
| 203890 | Infinity Deco White Ornament | H 9.8ft x W 5.41ft x L 9.8ft | 5 | $8,857.70 | $44,288.48 | $4,960.31 | $24,801.55 |
| 203884 | Infinity White Ornament | H 9.8ft x W 9.8.ft x L 9.8ft | 6 | $9,539.04 | $57,234.21 | $5,341.86 | $32,051.16 |
| 203879 | Infinity Ornament with Spangles | H 6.88ft x W 6.56ft x L 6.56ft | 8 | $6,643.25 | $53,146.02 | $3,720.22 | $29,761.77 |
| 203880 | 3D Gold Ornament with Spangles | H 6.88ft x W 6.56ft x L 6.56ft | 2 | $5,093.17 | $10,186.33 | $2,852.17 | $5,704.34 |
| 203881 | 3D Silver Ornament with Spangles | H 6.88ft x W 6.56ft x L 6.56ft | 8 | $5,093.17 | $40,745.32 | $2,852.17 | $22,817.38 |
| 409231 | 2D/3D Radiant Silver Spangle Ornament - 6.5ft | H 6.56 x W 4.92 x D 1.64ft | 6 | $6,190.26 | $37,141.57 | $3,466.55 | $20,799.28 |
| 201755 | 2D/3D Enchanted Pure Ornament | H 9.84ft x W 7.54ft x D 2.62ft | 2 | $4,943.90 | $9,887.79 | $2,768.58 | $5,537.16 |
| 409534 | 2D/3D Enchanted Blue Ornament | H 9.84ft x W 7.54ft x D 2.62ft | 3 | $4,943.90 | $14,831.69 | $2,768.58 | $8,305.74 |
| 409532 | 2D/3D Enchanted Green Ornament | H 9.84ft x W 7.54ft x D 2.62ft | 3 | $4,943.90 | $14,831.69 | $2,768.58 | $8,305.74 |
| 202810 | 3D Extra Large Gold Ornament 11 ft | H 11.15ft x W 9.51ft x D 9.51ft | 1 | $10,365.56 | $10,365.56 | $5,746.67 | $5,746.67 |
| 202809 | 3D Extra Large White Ornament 11 ft | H 11.15ft x W 9.51ft x D 9.51ft | 1 | $10,365.56 | $10,365.56 | $5,746.67 | $5,746.67 |
| 202717 | 3D Large Red Ornament - 7.87ft | H 7.87ft x W 6.89ft x D 6.89ft | 3 | $6,211.03 | $18,633.09 | $3,443.40 | $10,330.19 |
| 202808 | 3D Large Green Ornament - 7.87ft | H 7.87ft x W 6.89ft x D 6.89ft | 2 | $6,211.03 | $12,422.06 | $3,478.18 | $6,956.35 |
| 202677 | 3D Medium Red Ornament - 4.6ft | H 4.6ft x W 3.94ft x D 3.94ft | 1 | $4,133.77 | $4,133.77 | $2,314.91 | $2,314.91 |
| 202804 | 3D Medium Green Ornament - 4.6ft | H 4.6ft x W 3.94ft x D 3.94ft | 4 | $4,133.77 | $16,535.07 | $2,314.91 | $9,259.64 |
| 202803 | 3D Medium Blue Ornament - 4.6ft | H 4.6ft x W 3.94ft x D 3.94ft | 1 | $4,133.77 | $4,133.77 | $2,314.91 | $2,314.91 |
| 409621 / 414277 | 2D/3D Ornament (Green) | H 11.48ft x W 9.8ft x D 1.96ft | 3 | $8,371.39 | $25,114.16 | $4,687.98 | $14,063.93 |
| 409625 / 414283 | 2D/3D Ornament (Red) | H 11.48ft x W 9.8ft x D 1.96ft | 3 | $8,371.39 | $25,114.16 | $4,687.98 | $14,063.93 |
| 409623 / 414278 | 2D/3D Ornament (Gold) | H 11.48ft x W 9.8ft x D 1.96ft | 3 | $8,371.39 | $25,114.16 | $4,687.98 | $14,063.93 |
| 201899 | 2D/3D Edelweiss | H 9.84ft x W 9.84ft x D 2.62ft | 2 | $5,400.90 | $10,801.80 | $3,024.50 | $6,049.01 |
| 202699 | Garden Flower | H 10.49ft x W 3.28ft x D 3.28ft | 1 | $3,409.79 | $3,409.79 | $1,909.48 | $1,909.48 |
| 411445 | Fairy Flower - willow jardin with scoubidou | H 10.5ft x W 3.28ft | 3 | $4,251.06 | $12,753.18 | $2,380.59 | $7,141.78 |
| 410888 | Wide Willow Jardin | H 9.8ft x D 6.88ft | 2 | $4,864.20 | $9,728.40 | $2,696.71 | $5,393.42 |
| 409719 | Lotus Flower - spangles & gold base | H 4.59ft x W 8.85ft | 5 | $7,975.44 | $39,877.20 | $4,466.25 | $22,331.23 |
| 409718 | Lotus Flower - spangles & green base | | 2 | $7,975.44 | $15,950.88 | $4,466.25 | $8,932.49 |
| **5. 2D Accent Displays** | | | | | | | |
| 411525 | AMERICAN FLAG | H 7.545ft x W 13.12ft | 6 | $6,924.23 | $41,545.35 | $3,877.57 | $23,265.40 |
| 409633 202291 409635 | LETTER U LETTER S LETTER A | | 2 | $5,159.78 | $10,319.56 | $2,860.58 | $5,721.16 |
| 412758 | 2D Gold Animated Pandora Flake - 4.26ft | H 4.26ft x W 4.26ft | 6 | $1,530.95 | $9,185.68 | $857.33 | $5,143.98 |
| 201708 | 2D Animated Pandora Flake - 7.5ft | H 7.54ft x W 6.56ft | 5 | $2,412.40 | $12,062.00 | $1,350.94 | $6,754.72 |
| 203487 | 2D Pure Ornament with Spangles - 8.2ft | H 8.2ft x W 11.48ft | 2 | $2,033.92 | $4,067.84 | $1,139.00 | $2,277.99 |
| 203321 | 2D Gold Ornament with Spangles - 8.2ft | H 8.2ft x W 11.48ft | 9 | $2,033.92 | $18,305.30 | $1,139.00 | $10,250.97 |
| 203322 | 2D Gold Ornament with Spangles - 8.2ft | H 4.9ft x W 7ft | 7 | $1,350.25 | $9,451.75 | $756.14 | $5,292.98 |
| 203309 | 2D Warm Giftbox with Ornament Display - 8.2ft | H 8.2ft x W 11.48ft | 5 | $2,157.42 | $10,787.10 | $1,208.15 | $6,040.77 |
| 203447 | 2D Pure Giftbox with Ornament Display - 8.2ft | H 8.2ft x W 11.48ft | 6 | $2,160.36 | $12,962.14 | $1,209.80 | $7,258.80 |
| 203461 | 2D Blue Giftbox with Ornament Display - 8.2ft | H 8.2ft x W 11.48ft | 5 | $2,160.36 | $10,801.78 | $1,209.80 | $6,049.00 |
| 203476 | 2D Red Giftbox with Ornament Display - 5.4ft | H 5.4ft x W 6.56ft | 4 | $1,641.87 | $6,567.48 | $910.25 | $3,641.01 |
| 203323 | 2D Gold Two Ornament Display - 5.74ft | H 5.74ft x W 11.48ft | 10 | $1,692.10 | $16,920.97 | $947.57 | $9,475.74 |

| Part # | Description | Dimensions | QTY | RETAIL PRICE 2023 | 2024 Total Retail Value | 2024 True cost per piece | 2024 Total Value at Cost |
|---|---|---|---|---|---|---|---|
| | | | | | $12,219,273.58 | | $7,842,916.10 |
| 203489 | 2D Blue Two Ornament Display - 5.74ft | H 5.74ft x W 11.48ft | 5 | $1,692.10 | $8,460.49 | $947.57 | $4,737.87 |
| 203324 | 2D Gold Three Ornament Display - 4.26ft | H 4.26ft x W 4.26ft | 3 | $1,350.25 | $4,050.75 | $756.14 | $2,268.42 |
| 203352 | 2D Vintage Arch with Spangles - 8.2ft | H 8.2ft x W 11.48ft | 3 | $2,426.51 | $7,279.54 | $1,358.85 | $4,076.54 |
| 203353 | 2D Vintage Arch with Spangles - 4.59ft | H 4.59ft x W 6.56ft | 1 | $2,067.03 | $2,067.03 | $1,157.54 | $1,157.54 |
| 203582 | Vintage Arch Red | H 4.59ft x W 6.5ft | 4 | $1,697.14 | $6,788.54 | $169.71 | $678.85 |
| 203400 | 2D Moon | H 8.2ft x W 11.48ft | 4 | $1,692.10 | $6,768.39 | $947.57 | $3,790.30 |
| 204672 | 2D Star Gold | H 4.92ft x W 7.05ft | 10 | $1,413.94 | $14,139.40 | $791.81 | $7,918.06 |
| 204673 | 2D Star Pure | H 4.92ft x W 7.05ft | 14 | $1,413.94 | $19,795.16 | $791.81 | $11,085.29 |
| 203398 | 2D Snowy Mountain Display | H 6.56ft x W 11.48ft | 8 | $1,323.20 | $10,585.61 | $740.99 | $5,927.94 |
| 203396 | 2D elsa ornament | | 2 | $1,929.91 | $3,859.82 | $1,069.94 | $2,139.88 |
| 414016 | Christmas photo booth | H 7.2ft x W 7.2ft | 7 | $6,668.16 | $46,677.09 | $3,734.17 | $26,139.17 |
| 413563 | 2D Cupcake | H 4.9ft x W 4.2ft | 10 | $3,215.61 | $32,156.08 | $1,800.74 | $18,007.40 |
| 413561 | 2D Sugar Spiral | H 4.5ft x 6.5ft | 10 | $3,373.48 | $33,734.80 | $1,889.15 | $18,891.49 |
| 413562 | 2D Pink Sugar Tree | H 4.9ft x W 4.5ft | 13 | $3,622.75 | $47,095.76 | $2,028.74 | $26,373.63 |
| 413560 | 2D Red Sugar Tree | H 4.9ft x W 6.5ft | 7 | $3,722.47 | $26,057.26 | $2,084.58 | $14,592.07 |
| 412759 | 2D Silly Elf in Tree - 10ft | H 10ft x W 5.5ft | 6 | $4,277.50 | $25,665.02 | $2,395.40 | $14,372.41 |
| 412760 | 2D Silly Elf Giftbox - 6.56ft | H 6.56ft x W 6.56ft x D 3.28ft | 6 | $3,413.47 | $20,480.79 | $1,911.54 | $11,469.24 |
| 415296 | RED 2d Tree | | 2 | $1,254.55 | $2,509.10 | $477.93 | $955.86 |
| 204683 | 2D Green Tree | | 2 | $1,254.55 | $2,509.10 | $772.80 | $1,545.61 |
| 410748 | Earth Letters | H 6.2ft x W 22.67ft | 1 | $2,626.80 | $2,626.80 | $1,471.01 | $1,471.01 |
| 408388 / 201822 | Butterfly | H 5.38ft x W 6.5ft | 2 | $6,089.93 | $12,179.86 | $3,410.36 | $6,820.72 |
| 414513 | 2D Tess Crossing | H 3.28ft x L 16.40ft | 6 | $1,800.48 | $10,802.88 | $1,008.27 | $6,049.61 |
| 413046 | 2D Pink Candy piece | H 2.95ft x W 9.68ft | 8 | $729.83 | $5,838.62 | $408.70 | $3,269.63 |
| sp15299 / 204439 | 2D eco giftbox suspension blue | H 3.28ft x 2.78ft | 5 | $330.00 | $1,650.00 | $184.80 | $924.00 |
| sp15300 / 204441 | 2D eco giftbox suspension green | H 3.28ft x 2.78ft | 5 | $330.00 | $1,650.00 | $184.80 | $924.00 |
| sp15301 / 204440 | 2D eco giftbox suspension red | H 3.28ft x 2.78ft | 5 | $330.00 | $1,650.00 | $184.80 | $924.00 |
| sp15298 / 204437 | 2D eco giftbox suspension gold | H 3.28ft x 2.78ft | 5 | $330.00 | $1,650.00 | $184.80 | $924.00 |
| 412912 | Zef Candycane suspensions | H 11.8in x W 9.45in | 56 | $142.31 | $7,969.36 | $78.90 | $4,418.21 |
| sp15781 | 53 Panel Wall 19.685ft x 52.49ft | Pink Candy Cane | 1 | $5,688.96 | $5,688.96 | $3,153.96 | $3,153.96 |
| sp15782 | 53 Panel Wall 19.685ft x 52.49ft | Green Candy Cane | 1 | $5,688.96 | $5,688.96 | $3,153.96 | $3,153.96 |
| sp15787 | 53 Panel Wall 19.685ft x 52.49ft | Tree Farm | 4 | $5,688.96 | $22,755.84 | $3,153.96 | $12,615.84 |
| sp15784 | 53 Panel Wall 16.4ft x 52.49ft | Gifts | 1 | $5,688.96 | $5,688.96 | $3,153.96 | $3,153.96 |
| sp15785 | 53 Panel Wall 19.685ft x 52.49ft | Storybook | 1 | $5,962.88 | $5,962.88 | $3,305.82 | $3,305.82 |
| sp15786 | 53 Panel Wall 19.685ft x 52.49ft | Deck the Halls | 1 | $5,962.88 | $5,962.88 | $3,305.82 | $3,305.82 |
| sp15943 | 53 Panel Wall 16.4ft x 52.49ft | Lights Only - Pure White | 16 | $5,590.20 | $89,443.20 | $3,099.21 | $49,587.31 |
| sp15944 | 53 Panel Wall 16.4ft x 52.49ft | Lights Only - Warm White | 12 | $5,590.20 | $67,082.40 | $3,099.21 | $37,190.48 |
| NDI035 | End Cap Panel Wall 16.4ft x 8.53ft | Lights Only - Pure White | 8 | $870.21 | $6,961.68 | $482.44 | $3,859.56 |
| sp15659 | End Cap Panel Wall 16.4ft x 8.53ft | Lights Only - Warm White | 8 | $870.21 | $6,961.68 | $482.44 | $3,859.56 |
| | **SCENE SETTERS** | | | | | | |
| 130086 | Sitting Polar Bear - 7.42ft | H 7.42ft x W 5.3ft x L 5.5ft | 1 | $3,151.20 | $3,151.20 | $1,747.03 | $1,747.03 |
| 140008 | Trumpet Solider - 9ft | H 9.02ft x W 2.69ft x L 5.96ft | 2 | $1,706.00 | $3,412.00 | $945.81 | $1,891.61 |
| 140009 | Trumpet Soldier - 4ft | H 4ft x W 1.17ft x L 2.58ft | 3 | $360.00 | $1,080.00 | $199.58 | $598.75 |
| 130010 | Nutcracker King Soldier - 12ft | H 12.04ft x W 3.08ft x D 3.08ft | 2 | $4,267.20 | $8,534.40 | $2,365.74 | $4,731.47 |
| 150010 | Candy Cane - 12ft | H 12.29ft x W 3ft x L 4.395ft | 4 | $1,891.20 | $7,564.80 | $1,048.48 | $4,193.93 |
| 160205 | Gingerbread Man - 6ft | H 6.40ft x W 1.08ft x L 4.83ft | 2 | $924.00 | $1,848.00 | $512.27 | $1,024.53 |
| 170059 | Gingerbread Girl - 3.5ft | H 3.5ft x W 8in x L 2.08ft | 2 | $316.80 | $633.60 | $175.63 | $351.27 |
| 170115 | Christmas Ball / Ornament Chair - 3.17ft | H 3.17ft x W 3.33ft x L 3.33ft | 1 | $818.40 | $818.40 | $453.72 | $453.72 |
| 170046 | Nutcracker - 6ft | H 6ft x W 1.83ft x L 1.83ft | 2 | $597.60 | $1,195.20 | $331.31 | $662.62 |
| 190077 | Nutcracker - 4ft | H 4ft x W 1.17ft x L 1ft | 3 | $340.80 | $1,022.40 | $188.94 | $566.82 |
| 180095 | Christmas Ball with Metal Stand - 4.75ft | H 4.75ft x W 3.67ft x L 3.67ft | 7 | $1,216.80 | $8,517.60 | $674.59 | $4,722.16 |
| 180140 | Fireplace Display - 3.43ft | H 3.43ft x W 1.06ft x L 4.26ft | 1 | $705.60 | $705.60 | $391.18 | $391.18 |
| 190008 | Twist Popsicle - 6ft | H 6ft x W 1ft x L 1ft | 2 | $297.60 | $595.20 | $164.99 | $329.98 |
| NDI031 | Large Plush Santa Bench | H 65in x D 30in x L 72in | 1 | $900.00 | $900.00 | $498.96 | $498.96 |
| NDI032 | Large High Back Santa Chair | H 74in x D 36in x L 28in | 1 | $700.00 | $700.00 | $388.08 | $388.08 |
| | **RIDES & EVENTS** | | | | | | |
| | Toboggan Slides - 4 lanes | | 2 | $275,000.00 | $550,000.00 | $275,000.00 | $550,000.00 |
| | Chicago Train | | 1 | $25,410.00 | $25,410.00 | $25,410.00 | $25,410.00 |
| | Giant Lite Brite | | 1 | $9,570.00 | $9,570.00 | $9,570.00 | $9,570.00 |
| Rustyle | Small Markets | | 12 | $5,754.10 | $69,049.20 | $5,754.11 | $75,954.12 |
| | A Frame Signs | | 19 | $90.00 | $1,710.00 | $60.00 | $1,140.00 |
| NDI021 | Chalkboard Signs | 40x23 | 6 | $98.00 | $588.00 | $65.00 | $390.00 |
| | **POLE DECOR** | | | | | | |
| 414291 | Esmeralda Pole Decor (from Richards Collection) | H 11.48ft x 4.92ft | 22 | $782.50 | $17,214.91 | $438.20 | $9,640.35 |
| 413288 | Tada Pole Decor stars | H 9.8ft x W 3.28ft | 11 | $807.70 | $8,884.67 | $452.31 | $4,975.41 |
| 901092 / 700001 | Infinity Walk thru Star Arch | L :5,25m H:4m P:1m | 2 | $12,009.00 | $24,018.00 | $6,657.79 | $13,315.58 |
| 204690 / 700002 | 2D Ornament Arch - w/ Gold Mesh  WW Lights | H 13.12ft x W 14.76ft x D 3.25ft | 3 | $9,009.00 | $27,027.00 | $4,994.59 | $14,983.77 |

| Part # | Description | Dimensions | QTY | RETAIL PRICE 2023 | 2024 Total Retail Value | 2024 True cost per piece | 2024 Total Value at Cost |
|---|---|---|---|---|---|---|---|
| | | | | | $12,219,273.58 | | $7,842,916.10 |
| 412973 / 700003 | Infinity Starburst | H 22.96ft x W 22.96ft  x D 22.96ft | 1 | $41,515.35 | $41,515.35 | $23,016.11 | $23,016.11 |
| 411748 / 700004 | Infinity Cone Tree | H 10.82ft x D 4.92ft | 2 | $8,776.45 | $17,552.90 | $4,865.66 | $9,731.33 |
| 700005 | 36" Infinity Grapevine | | 5 | $250.00 | $1,250.00 | $138.60 | $693.00 |
| 413240 / 700006 | Infinity Narrow Cone Tree | | 1 | $9,009.00 | $9,009.00 | $4,994.59 | $4,994.59 |
| 201745 | Infinity Magic Tree | | 1 | $13,925.29 | $13,925.29 | $7,720.18 | $7,720.18 |
| 203420 | Perle tree in blue + star | H 19.68ft x W 11.97ft x D 11.97ft | 1 | $15,662.60 | $15,662.60 | $8,683.35 | $8,683.35 |
| 203626 | Amaya Small Tree | H 4.92ft x D 3.28ft | 2 | $2,188.80 | $4,377.60 | $1,213.47 | $2,426.94 |
| 204779 | Snowflake Tree in pure/blue | H 9.8ft | 4 | $3,603.60 | $14,414.40 | $1,997.84 | $7,991.34 |
| 203842 | ELLIPSE | H 3.2m | 1 | $15,910.54 | $15,910.54 | $8,820.80 | $8,820.80 |
| 204649 | PETIT RENNE - Baby Rudolph | H 4.59ft x W 4.59ft x D 3.117ft | 1 | $11,013.75 | $11,013.75 | $6,106.02 | $6,106.02 |
| 204635 | Décor 3DAP Maison Biscuit Mult - Mini Gingerbread | H 6.562ft x W 5.905ft x D 5.249ft | 1 | $6,930.00 | $6,930.00 | $3,841.99 | $3,841.99 |
| 416196 | 2D Reindeer & Sleigh | | 3 | $3,787.00 | $11,361.00 | $2,099.51 | $6,298.54 |
| 415435 | 3D OVATION  RED | H 9.84ft x W 1.64ft x D 2.95ft | 2 | $3,465.00 | $6,930.00 | $1,921.00 | $3,841.99 |
| 415303 | 3D OVATION  BLUE | H 9.84ft x W 1.64ft x D 2.95ft | 2 | $3,465.00 | $6,930.00 | $1,921.00 | $3,841.99 |
| 415436 | 3D OVATION  WARM | H 9.84ft x W 1.64ft x D 2.95ft | 2 | $3,465.00 | $6,930.00 | $1,921.00 | $3,841.99 |
| 565657 | 3D Large Pink Ornament - 7.87ft | H 7.87ft x W 6.89ft x D 6.89ft | 1 | $6,211.03 | $6,211.03 | $3,443.40 | $3,443.40 |
| 413031 | Leaf Flake | H 3.28ft x W 3.28ft | 3 | $850.00 | $2,550.00 | $471.24 | $1,413.72 |
| 413032 | Star Flake | H 3.28ft x W 3.28ft | 4 | $850.00 | $3,400.00 | $471.24 | $1,884.96 |
| 413033 | Crystal Flake | H 3.28ft x W 3.28ft | 7 | $850.00 | $5,950.00 | $471.24 | $3,298.68 |
| 412854 | Star/Snowflake - Blue | H 6.56ft x W 5.84ft | 9 | $991.80 | $8,926.20 | $549.85 | $4,948.69 |
| 413029 | Star/Snowflake - Pure | H 6.56ft x W 5.84ft | 11 | $991.80 | $10,909.80 | $549.85 | $6,048.39 |
| 200775 | Polar Bear | H 6.56ft W 2.62ft x D 4.42ft | 1 | $12,719.08 | $12,719.08 | $7,051.46 | $7,051.46 |
| 404841 | Silver Throne / Seat | H 2.62ft x W 1.96ft x D 1.44ft | 1 | $1,287.01 | $1,287.01 | $713.52 | $713.52 |
| 413030 | 2D Green Candy piece | H 2.95ft x W 0.66ft | 8 | $663.48 | $5,307.84 | $367.83 | $2,942.67 |
| 412979 | 2D Green Lollipop | H 3.94ft x L 1.71ft | 5 | $1,217.52 | $6,087.60 | $674.99 | $3,374.97 |
| 412980 | 2D Pink Lollipop | H 3.94ft x L 1.71ft | 5 | $1,217.52 | $6,087.60 | $674.99 | $3,374.97 |
| 414276 | 2D Pink candy cane | H 3.28ft x W 0.98ft | 1 | $991.80 | $991.80 | $549.85 | $549.85 |
| 413029 | 2D Ice cream | H 3.28ft x W 0.98ft | 2 | $991.80 | $1,983.60 | $549.85 | $1,099.71 |
| 203614 / 415494 | 2D Amaya Blue Wave Suspension | | 2 | $717.75 | $1,435.50 | $397.92 | $795.84 |
| 203611 / 415495 | 2D Amaya Blue Wave Drip Suspension | | 3 | $523.46 | $1,570.38 | $290.21 | $870.62 |
| 203587 /  415501 | 2D Amaya White | | 2 | $507.36 | $1,014.72 | $281.28 | $562.56 |
| 415823 | Warm White Snowflake Pole Decor | | 26 | $512.82 | $13,333.32 | $284.31 | $7,391.99 |
| 413036 | Star Archway | | 7 | $858.60 | $6,010.20 | $476.01 | $3,332.05 |
| 415302 | Louise Suspension | | 15 | $455.40 | $6,831.00 | $252.47 | $3,787.11 |
| 414270 / 415988 | Gear Arch | H 6.5ft x W 8.69ft | 1 | $2,648.25 | $2,648.25 | $1,468.19 | $1,468.19 |
| 412829 | Chandelier/ Lustre plume | | 5 | $3,984.75 | $19,923.75 | $2,209.15 | $11,045.73 |
| 406851 | Champagne Green Pole Decor (Orland Park) | | 15 | $489.06 | $7,335.90 | $271.13 | $4,067.02 |
| NDI010 | Stanchions | 40" Tall and 10" Belt - All Black | 70 | $91.00 | $6,370.00 | $50.45 | $3,531.53 |
| NDI011 | Baricades - Steel | 8.5' x 40" | 49 | $230.00 | $11,270.00 | $127.51 | $6,248.09 |
| NDI012 | Plastic Barricades | 79 x 40 White | 52 | $210.00 | $10,920.00 | $116.42 | $6,054.05 |
| NDI014 | Tree Box | Holds 3 Trees - 1' H x 7'8" L x 2' W | 345 | $50.00 | $17,250.00 | $30.80 | $10,626.00 |
| 204873 | Infinity Snow Pole Decor | 1M x 2M | 10 | $1,410.75 | $14,107.50 | $782.12 | $7,821.20 |
| 418785 | Arch Millesime Crossing | | 6 | $1,189.24 | $7,135.44 | $659.31 | $3,955.89 |
| sp15028 | Small Clock | D 3.93ft | 2 | $1,062.60 | $2,125.20 | $595.06 | $1,190.11 |
| sp14272 | Hanging Clock | H 3.28ft x W 3.28ft | 4 | $376.20 | $1,504.80 | $210.67 | $842.69 |
| 415940 | Red Funky Giftbox w/ White Edeco Center | | 26 | $397.49 | $10,334.61 | $222.59 | $5,787.38 |
| 315940 | Red Funky giftbox w/ Gold Edeco | | 3 | $397.49 | $1,192.47 | $220.37 | $661.11 |
| 203854 | Star Orb Blue/Pure | | 2 | $1,214.37 | $2,428.73 | $680.05 | $1,360.09 |
| 203853 | Star Orb Red/Pure | | 2 | $1,214.37 | $2,428.73 | $680.05 | $1,360.09 |
| 203852 | Star Orb WW/Pure | | 2 | $1,214.37 | $2,428.73 | $680.05 | $1,360.09 |
| 410145 | Necklace | | 1 | $1,649.84 | $1,649.84 | $923.91 | $923.91 |
| 415394 | 3 Red giftbox Pole Decor | | 2 | $1,122.00 | $2,244.00 | $628.32 | $1,256.64 |
| 414285 | Décor C Noeud or 1m | | 11 | $634.24 | $6,976.62 | $355.17 | $3,906.91 |
| 413039 | Anthea 3m Pole Decor | | 14 | $501.07 | $7,015.01 | $280.60 | $3,928.40 |
| 414438 | Arch Millesime | | 4 | $1,346.72 | $5,386.88 | $746.62 | $2,986.49 |
| 412992 | Arch Crossing | | 2 | $1,082.81 | $2,165.62 | $600.31 | $1,200.62 |
| 414289 | Alya blue | | 6 | $494.55 | $2,967.29 | $276.95 | $1,661.68 |
| sp15397 / 204485 | elf pole decor | | 4 | $798.60 | $3,194.40 | $79.86 | $319.44 |
| 414322 | 1.1m Giftbox | | 8 | $554.95 | $4,439.60 | $310.77 | $2,486.18 |
| 414287 | Elsa 1m | | 5 | $453.02 | $2,265.12 | $253.69 | $1,268.47 |
| 413037 | Christmas Gift Arch Pole Decor | | 4 | $965.00 | $3,860.00 | $253.69 | $1,014.77 |
| 403819/409312 | Peacock 2D | | 1 | $6,761.04 | $6,761.04 | $3,786.18 | $3,786.18 |
| 202680 | Ski Set | H 8.2ft x W 4.26ft | 1 | $2,870.40 | $2,870.40 | $3,786.18 | $3,786.18 |
| 414290 | Polar Bottom | | 1 | $3,230.49 | $3,230.49 | $3,786.18 | $3,786.18 |
| | | | | | | | |
| 2024 Frame Order | | | | | | | |
| 413240 | Metal Cone Tree (used as meteor tree frame) | | 1 | $760.96 | $760.96 | $345.89 | $345.89 |
| 565658 | brown 3d ornament 5 pieces (was 202717 lg green orn) | | 1 | $1,009.23 | $1,009.23 | $458.74 | $458.74 |
| C418862 | Starburst - red, green, blue, teal or purple | | 1 | $16,467.57 | $16,467.57 | $7,485.26 | $7,485.26 |
| 419258 | Frame for Gold Sleigh | | 1 | $13,672.91 | $13,672.91 | $6,214.96 | $6,214.96 |
| 901090 | 2D Ornament Arch - Can be any color | | 10 | $1,788.18 | $17,881.82 | $812.81 | $8,128.10 |

| Part # | Description | Dimensions | QTY | RETAIL PRICE 2023 | 2024 Total Retail Value | 2024 True cost per piece | 2024 Total Value at Cost |
|---|---|---|---|---|---|---|---|
| | | | | | $12,219,273.58 | | $7,842,916.10 |
| 418915 | Single 2D Frame for Star (Enchant Etoile) | | 2 | $1,019.17 | $2,038.34 | $463.26 | $926.52 |
| 902008 | 2D Silly Elf in Tree - 10ft - can be any color | | 4 | $835.32 | $3,341.27 | $379.69 | $1,518.76 |
| 901755 | Frame 2D Ornament (Single) | | 4 | $918.52 | $3,674.09 | $417.51 | $1,670.04 |
| 900641 | Amaya Small Tree - Can be any color | | 9 | $3,232.97 | $29,096.69 | $1,469.53 | $13,225.77 |
| 901092 | 3D Star Arch Walk thru - Can be any color | | 4 | $2,846.25 | $11,385.00 | $1,293.75 | $5,175.00 |
| 901083 | 2D Star - no edeco - can be any color | | 12 | $398.79 | $4,785.53 | $181.27 | $2,175.24 |
| 900296 | Funky Bear - Can be any color | | 3 | $1,444.78 | $4,334.35 | $656.72 | $1,970.16 |
| 900297 | Funky Penguin - Can be any color | | 4 | $1,098.28 | $4,393.14 | $499.22 | $1,996.88 |
| 900684 | Willow Reindeer - can be any color | | 1 | $19,546.32 | $19,546.32 | $8,884.69 | $8,884.69 |
| | | | | | | | |
| **Misc - Check** | | | | | | | |
| 415365 | Tree Bar | | 3 | $6,000.00 | $18,000.00 | $3,326.40 | $9,979.20 |
| 405974 | red Sphere | | 1 | $624.52 | $624.52 | $346.23 | $346.23 |
| 170074 | Pole Decor | | 4 | $965.24 | $3,860.96 | $535.13 | $2,140.52 |
| 415794 | Perle Pole Decor - Red - 2M | | 5 | $854.23 | $4,271.15 | $473.59 | $2,367.93 |
| 170075 | Perle Pole Decor - Red - 2M | | 2 | $854.23 | $1,708.46 | $473.59 | $947.17 |
| 411288 | Necklace Pole Decor | | 2 | $965.24 | $1,930.48 | $535.13 | $1,070.26 |
| 413038 | Giftbox Crossing | | 2 | $1,354.87 | $2,709.74 | $751.14 | $1,502.28 |
| 415452 | Small Starry Skies Crossing | | 2 | $1,354.87 | $2,709.74 | $751.14 | $1,502.28 |
| 412476 | 2D Bow | | 1 | $1,534.54 | $1,534.54 | $697.52 | $697.52 |
| 202286 | Letter N | | 1 | $5,603.95 | $5,603.95 | $2,547.25 | $2,547.25 |
| 202290 | Letter R | | 1 | $5,848.22 | $5,848.22 | $2,658.28 | $2,658.28 |
| 202283 | Letter K | | 1 | $5,489.31 | $5,489.31 | $2,495.14 | $2,495.14 |
| 402671 | Small Angelo Blue | | 1 | $1,204.61 | $1,204.61 | $547.55 | $547.55 |
| 415711 / 205015 | White Edeco Stars | | 2 | $494.19 | $988.37 | $224.63 | $449.26 |
| 415412 | Blue Little Giftbox | | 2 | $1,448.50 | $2,897.00 | $658.41 | $1,316.82 |
| 415414 | Red Little Giftbox | | 2 | $1,448.50 | $2,897.00 | $658.41 | $1,316.82 |
| 415413 | Gold Little Giftbox | | 2 | $1,448.50 | $2,897.00 | $658.41 | $1,316.82 |
| 415411 | Pure Little Giftbox | | 2 | $1,448.50 | $2,897.00 | $658.41 | $1,316.82 |
| 415712 / 204989 | Red Edeco Ornament | | 2 | $1,879.11 | $3,758.22 | $854.14 | $1,708.28 |
| 415710 / 204988 | Gold Edeco Ornament | | 2 | $1,879.11 | $3,758.22 | $854.14 | $1,708.28 |
| 415408 | Blue Giftbox | | 2 | $907.59 | $1,815.18 | $412.54 | $825.08 |
| 415410 | Red Giftbox | | 2 | $907.59 | $1,815.18 | $412.54 | $825.08 |
| 415409 | Gold Giftbox | | 2 | $907.59 | $1,815.18 | $412.54 | $825.08 |
| 415407 | Pure Giftbox | | 4 | $907.59 | $3,630.35 | $412.54 | $1,650.16 |
| 415486 | Snowflake Crossings | | 6 | $2,760.91 | $16,565.47 | $1,254.96 | $7,529.76 |
| 204677 | e-deco Pure White Reindeer 2d | | 2 | $3,196.09 | $6,392.19 | $1,452.77 | $2,905.54 |
| 415792 | Gold Edeco Snowflake w/ Pole - Hanging | | 1 | $3,242.05 | $3,242.05 | $1,473.66 | $1,473.66 |
| 409633 | LETTER U | | 2 | $5,848.22 | $11,696.43 | $2,658.28 | $5,316.56 |
| 409635 | LETTER A | | 2 | $5,489.31 | $10,978.62 | $2,495.14 | $4,990.28 |
| need to assign | Derek's Horse | | 1 | $9,069.17 | $9,069.17 | $4,122.35 | $4,122.35 |
| NEED TO ASSIGN | GOLD REINDEER | | 1 | $4,959.26 | $4,959.26 | $2,254.21 | $2,254.21 |
| | Red Truck | | 1 | $9,900.00 | $9,900.00 | $4,500.00 | $4,500.00 |
| 410767 | Jack o Lantern | | 2 | $4,620.00 | $9,240.00 | $2,100.00 | $4,200.00 |
| 414286 | Shooting Perle 2m pure | | 10 | $332.22 | $3,322.22 | $877.41 | $8,774.10 |
| 415293 | Décor TC Agathe OR 24V | | 5 | $1,383.69 | $6,918.45 | $628.95 | $3,144.75 |
| sp15431 / 201845 | Golden Apple suspension | H 5.57ft x D 3.28ft | 5 | $2,230.80 | $11,154.00 | $22.18 | $110.88 |
| 203860 | Twinkly Waterfalls | | 8 | $776.18 | $6,209.46 | $434.66 | $3,477.30 |
| 204491 / sp15392 | Peeking garland crossing | | 2 | $2,413.62 | $4,827.24 | $1,351.63 | $2,703.25 |
| sp15395 / 204488 | Reindeer pole decor | | 2 | $943.80 | $1,887.60 | $528.53 | $1,057.06 |
| sp15396 / 204486 | santa pole decor | | 2 | $871.20 | $1,742.40 | $174.24 | $348.48 |
| sp15402 / 203413 | Feather Chandelier in Silver | H 6.5ft x W 6.5ft | 3 | $4,283.40 | $12,850.20 | $571.12 | $1,713.36 |
| sp15403 / 203621 | Alya Blue Pearl Suspension | | 12 | $396.00 | $4,752.00 | $13.20 | $158.40 |
| sp15128 | Giraffe | H 6.5ft x W 4.92ft | 1 | $957.00 | $957.00 | $535.92 | $535.92 |
| sp15219 | Gorilla | H 3.28ft x W 3.28ft | 2 | $818.40 | $1,636.80 | $458.30 | $916.61 |
| sp15212 | Tiger | H 3.11ft x W 6.23ft | 2 | $1,030.70 | $2,061.40 | $577.19 | $1,154.38 |
| sp15211 | Turtle | H 3.93ft x W 3.28ft | 2 | $818.40 | $1,636.80 | $458.30 | $916.61 |
| sp15217 | Elephant | H 3.93ft x W 4.92ft | 2 | $957.00 | $1,914.00 | $535.92 | $1,071.84 |
| sp8895 | Lion - better face | H 5.08ft | 1 | $5,754.10 | $5,754.10 | $3,222.30 | $3,222.30 |
| 413065 | 3D Wolf | | 1 | $3,480.73 | $3,480.73 | $1,949.21 | $1,949.21 |
| 414179 | Kangaroo | | 1 | $6,757.61 | $6,757.61 | $3,784.26 | $3,784.26 |
| 409674 | Rhino | | 1 | $14,516.74 | $14,516.74 | $6,598.52 | $6,598.52 |
| 407909 | Zebra | | 1 | $16,461.59 | $16,461.59 | $7,482.54 | $7,482.54 |
| 414172 | Birdy Red | | 1 | $4,783.17 | $4,783.17 | $2,678.58 | $2,678.58 |
| 414173 | Birdy Green | | 1 | $4,783.17 | $4,783.17 | $2,678.58 | $2,678.58 |
| 414174 | Birdy Blue | | 1 | $4,783.17 | $4,783.17 | $2,678.58 | $2,678.58 |
| 414175 | Birdy Warm | | 1 | $4,783.17 | $4,783.17 | $2,678.58 | $2,678.58 |
| 408894 | Tiger | | 1 | $7,909.46 | $7,909.46 | $3,595.21 | $3,595.21 |
| 415398 | Raphael Pole Decor | | 6 | $1,879.70 | $11,278.21 | $854.41 | $5,126.46 |
| 415399 | Raphael Crossing | | 4 | $1,679.37 | $6,717.48 | $763.35 | $3,053.40 |
| sp15231 | 3D Ballerina | H 5.18ft x W 4.03ft x D 0.82ft | 1 | $4,897.20 | $4,897.20 | $1,958.88 | $1,958.88 |

| Part # | Description | Dimensions | QTY | RETAIL PRICE 2023 | 2024 Total Retail Value | 2024 True cost per piece | 2024 Total Value at Cost |
|---|---|---|---|---|---|---|---|
| | | | | | **$12,219,273.58** | | **$7,842,916.10** |
| 203570 | 2D Vintage Arch in Blue | H 8.2ft x W 11.48ft | 4 | $1,915.65 | $7,662.60 | $191.57 | $766.26 |
| sp12852 | 3D Swan | H 9.8ft x W 12.79ft x D 4.92ft | 1 | $8,778.00 | $8,778.00 | $3,511.20 | $3,511.20 |
| 415400 | SUSPENDION ONDEE 3 RINGS | | 1 | $1,880.98 | $1,880.98 | $854.99 | $854.99 |
| 413791 | Three Tiger Cubs | | 1 | $10,910.33 | $10,910.33 | $6,109.78 | $6,109.78 |
| | | | | | | | |
| **St Jude Custom** | | | | | | | |
| SP15757 | Decor 2D C Hanukah David Star | | 1 | $903.39 | $903.39 | $410.63 | $410.63 |
| sp19275 | Kwanzaa Item | | 1 | $1,966.07 | $1,966.07 | $893.67 | $893.67 |
| 419256 | Custom photo up | | 1 | $5,822.43 | $5,822.43 | $2,646.56 | $2,646.56 |
| 419246 | Custom Retrievers | | 1 | $1,712.39 | $1,712.39 | $778.36 | $778.36 |
| 419327 | Custom Santa Rooftop | | 1 | $24,040.61 | $24,040.61 | $10,927.55 | $10,927.55 |
| 419255 | Custom Bow on Carport | | 1 | $5,092.32 | $5,092.32 | $2,314.69 | $2,314.69 |
| 419296 | Halloween Frame with Edeco | | 1 | $4,391.82 | $4,391.82 | $1,996.28 | $1,996.28 |
| | | | | | | | |
| **Kyle Tx Custom** | | | | | | | |
| | Custom Signage for Entrance Arches | | 3 | $145.16 | $435.47 | $65.98 | $197.94 |
| | Inflatable Grinch & Max Sleigh | | 1 | $992.66 | $992.66 | $451.21 | $451.21 |
| | 30ft Grinch | | 1 | $1,450.99 | $1,450.99 | $659.54 | $659.54 |
| | 5ft Life Size Max Dog with Red Present LED Inflatable | | 1 | $1,192.14 | $1,192.14 | $541.88 | $541.88 |
| | Inflatable Grinch and Max with Lamp Post | | 2 | $471.99 | $943.98 | $214.54 | $429.08 |
| | | | | | | | |
| **Other Lighting Items** | | | | | | | |
| | Light Show trees - Mega | | 1 | $160,000.00 | $160,000.00 | $203,500.00 | $203,500.00 |
| | Light Show trees - Small | | 4 | $49,500.00 | $198,000.00 | $49,500.00 | $198,000.00 |
| | Light Show video walls | | 12 | $28,600.00 | $343,200.00 | $28,600.00 | $343,200.00 |
| NDI054 | Lanterns | | 64 | $450.00 | $28,800.00 | $625.21 | $40,013.44 |
| 550122 | Flamebulb 134mm | | 8 | $41.80 | $334.40 | $19.00 | $152.00 |
| NDI048 | 20" warm white sphere | | 37 | $201.30 | $7,448.10 | $201.30 | $7,448.10 |
| NDI049 | 20" pure white sphere | | 37 | $201.30 | $7,448.10 | $201.30 | $7,448.10 |
| NDI055 | 20" green sphere | | 7 | $201.30 | $1,409.10 | $201.30 | $1,409.10 |
| NDI050 | 30" warm white sphere | | 26 | $341.00 | $8,866.00 | $341.00 | $8,866.00 |
| NDI051 | 30" pure white sphere | | 30 | $341.00 | $10,230.00 | $341.00 | $10,230.00 |
| NDI056 | 30" green sphere | | 7 | $341.00 | $2,387.00 | $341.00 | $2,387.00 |
| NDI052 | 40" warm white sphere | | 1 | $536.80 | $536.80 | $536.80 | $536.80 |
| NDI053 | 40" pure white sphere | | 7 | $536.80 | $3,757.60 | $536.80 | $3,757.60 |
| NDI057 | 40" green sphere | | 8 | $536.80 | $4,294.40 | $536.80 | $4,294.40 |
| | 16" Blue Spritzer | | 9 | $55.00 | $495.00 | $36.67 | $330.00 |
| | 16" Warm White Spritzer | | 29 | $55.00 | $1,595.00 | $36.67 | $1,063.33 |
| | 16" Warm White w/PW Twinkle Spritzer | | 37 | $55.00 | $2,035.00 | $36.67 | $1,356.67 |
| | 18" Warm White Spritzer | | 45 | $60.00 | $2,700.00 | $40.00 | $1,800.00 |
| | 24" Warm White w/PW Twinkle | | 30 | $75.00 | $2,250.00 | $50.00 | $1,500.00 |
| | 16" Pure White w/PW Twinkle | | 61 | $55.00 | $3,355.00 | $36.67 | $2,236.67 |
| | 18" Pure White w/PW Twinkle | | 4 | $60.00 | $240.00 | $40.00 | $160.00 |
| | 24" Pure White w/PW Twinkle | | 49 | $75.00 | $3,675.00 | $50.00 | $2,450.00 |
| | 32" Pure White w/PW Twinkle | | 1 | $110.00 | $110.00 | $73.33 | $73.33 |
| 12pwdr | Drip Tubes - PW 12" | | 25 | $60.00 | $1,500.00 | $40.00 | $1,000.00 |
| 24pwdr | Drip Tubes - PW 24" | | 317 | $90.00 | $28,530.00 | $60.00 | $19,020.00 |
| 36pwdr | Drip Tubes - PW  36" | | 11 | $115.00 | $1,265.00 | $76.67 | $843.33 |
| 28pweme | 28" Pure White Meteors | | 89 | $125.00 | $11,125.00 | $83.33 | $7,416.67 |
| 28blme | 28" Blue Meteors | | 10 | $125.00 | $1,250.00 | $83.33 | $833.33 |
| | 28" Red Meteors | | 8 | $125.00 | $1,000.00 | $83.33 | $666.67 |
| | 28" Green Meteors | | 11 | $125.00 | $1,375.00 | $83.33 | $916.67 |
| | 28" Purple Meteors | | 13 | $125.00 | $1,625.00 | $83.33 | $1,083.33 |
| 28yeme | 28" Yellow Meteors | | 0 | $125.00 | $0.00 | $83.33 | $0.00 |
| 40pwme | 40" Pure White Meteors | | 40 | $200.00 | $8,000.00 | $133.33 | $5,333.33 |
| 40wwme | 28" Warm White Meteors | | 0 | $125.00 | $0.00 | $83.33 | $0.00 |
| 40blme | 40" Blue Meteors | | 5 | $200.00 | $1,000.00 | $133.33 | $666.67 |
| 40grme | 40" Green Meteors | | 2 | $200.00 | $400.00 | $133.33 | $266.67 |
| | 40" Red Meteors | | 1 | $200.00 | $200.00 | $133.33 | $133.33 |
| | RGB Flood Lights | | 350 | $55.00 | $19,250.00 | $36.67 | $12,833.33 |
| 6orsph | 6" Orange Starlight Sphere - Amber | | 72 | $50.00 | $3,600.00 | $33.33 | $2,400.00 |
| 6resph | 6" Red Starlight Sphere | | 45 | $50.00 | $2,250.00 | $33.33 | $1,500.00 |
| 6grsph | 6" Green Starlight Sphere | | 51 | $50.00 | $2,550.00 | $33.33 | $1,700.00 |
| 12grsp | 12" Grapevine Sphere | | 2 | $100.00 | $200.00 | $66.67 | $133.33 |
| 16grsp | 16" Grapevine | | 3 | $125.00 | $375.00 | $83.33 | $250.00 |
| 18grsp | 18" Grapevine | | 9 | $150.00 | $1,350.00 | $100.00 | $900.00 |
| 24grsp | 24" Grapevine Sphere | | 12 | $175.00 | $2,100.00 | $116.67 | $1,400.00 |
| 36grsp | 36" Grapevine Sphere | | 32 | $200.00 | $6,400.00 | $133.33 | $4,266.67 |
| 44grsp | 44" Grapevine Sphere | | 2 | $250.00 | $500.00 | $166.67 | $333.33 |
| | Mini Lights | | 15674 | $14.50 | $227,273.00 | $9.67 | $151,515.33 |
| | C5 Lights | | 139 | $14.50 | $2,015.50 | $9.67 | $1,343.67 |

| Part # | Description | Dimensions | QTY | RETAIL PRICE 2023 | 2024 Total Retail Value | 2024 True cost per piece | 2024 Total Value at Cost |
|---|---|---|---|---|---|---|---|
| | | | | | $12,219,273.58 | | $7,842,916.10 |
| | Icicles | | 1885 | $20.00 | $37,700.00 | $13.33 | $25,133.33 |
| | C9 Bulbs | | 15797 | $1.75 | $27,644.75 | $1.17 | $18,429.83 |
| | C7 Bulbs | | 1531 | $1.75 | $2,679.25 | $1.17 | $1,786.17 |
| | Bistro Bulbs | | 3 | $80.00 | $240.00 | $53.33 | $160.00 |
| | Twinkly Pro Product | | 1 | $12,000.00 | $12,000.00 | $6,000.00 | $6,000.00 |
| | | | | | | | |
| **Greenery** | | | | | | | |
| | Garland | | 606 | $120.00 | $72,720.00 | $92.31 | $55,938.46 |
| | Wreaths 24" (2ft) Lit | | 20 | $85.00 | $1,700.00 | $65.38 | $1,307.69 |
| | Wreaths 36" (3ft) Lit | | 127 | $190.00 | $24,130.00 | $146.15 | $18,561.54 |
| | Wreaths 48" (4ft) Lit | | 60 | $330.00 | $19,800.00 | $253.85 | $15,230.77 |
| | Wreaths 48" (4ft) With Cones | | 14 | $350.00 | $4,900.00 | $269.23 | $3,769.23 |
| | Wreaths 60" (5ft) Lit | | 20 | $550.00 | $11,000.00 | $423.08 | $8,461.54 |
| | Wreaths 72" (6ft) Lit | | 19 | $1,300.00 | $24,700.00 | $1,000.00 | $19,000.00 |
| | Wreaths 144" (12ft) Lit | | 3 | $5,400.00 | $16,200.00 | $4,153.85 | $12,461.54 |
| | 3ft unlit | | 17 | $85.00 | $1,445.00 | $65.38 | $1,111.54 |
| | 2ft unlit | | 13 | $65.00 | $845.00 | $50.00 | $650.00 |
| | Green Swag | | 3 | $80.00 | $240.00 | $61.54 | $184.62 |
| | Large Red Bows 18" x 48" | | 51 | $38.00 | $1,938.00 | $29.23 | $1,490.77 |
| | Small Red Bows "12 x 24" | | 74 | $18.95 | $1,402.30 | $14.58 | $1,078.69 |
| | XL Red/Gold Bows | | 7 | $65.00 | $455.00 | $50.00 | $350.00 |
| | Large Red/Gold Bows | | 7 | $50.00 | $350.00 | $38.46 | $269.23 |
| | Super Size Red/Gold Bows | | 1 | $150.00 | $150.00 | $115.38 | $115.38 |
| | | | | | | | |
| **Mounting Supplies** | | | | | | | |
| | Leblanc Blocks | | 359 | $340.00 | $122,060.00 | $300.00 | $107,700.00 |
| | Ballast Blocks | | 64 | $225.00 | $14,400.00 | $200.00 | $12,800.00 |
| | Small Blocks | | 40 | $150.00 | $6,000.00 | $120.00 | $4,800.00 |
| | Sandbags | | 1200 | $16.00 | $19,200.00 | $10.00 | $12,000.00 |
| | | | | | | | |
| **Other Product** | | | | | | | |
| | Trussing | | 1 | $6,000.00 | $6,000.00 | $6,600.00 | $6,600.00 |
| | Holiballs 18" assorted colors IL | | 50 | $55.00 | $2,750.00 | $55.00 | $2,750.00 |
| | Holiballs 30" assorted colors IL | | 25 | $74.80 | $1,870.00 | $74.80 | $1,870.00 |
| Talking Reindeer | Talking Reindeer | | 2 | $4,950.00 | $9,900.00 | $4,950.00 | $9,900.00 |
| | High Top Bar Tables | | 20 | $264.00 | $5,280.00 | $264.00 | $5,280.00 |
| | POS systems | With Scanner | 100 | $660.00 | $66,000.00 | $660.00 | $66,000.00 |
| | POS Terminals | | 20 | $275.00 | $5,500.00 | $275.00 | $5,500.00 |
| | Speakers NYC | Variety | 1 | $24,363.90 | $24,363.90 | $24,363.90 | $24,363.90 |
| | Speakers Chicago | Variety | 1 | $18,040.00 | $18,040.00 | $18,040.00 | $18,040.00 |
| | Market Inventory | | 1 | $6,600.00 | $6,600.00 | $6,600.00 | $6,600.00 |
| | Event Computers/Laptops | | 22 | $548.90 | $12,075.80 | $548.90 | $12,075.80 |
| | Gang Box and Tools | | 2 | $8,250.00 | $16,500.00 | $8,250.00 | $16,500.00 |
| | Radios & Misc tech | | 2 | $13,200.00 | $26,400.00 | $13,200.00 | $26,400.00 |
| | Mascot Costumes | | 4 | $5,500.00 | $22,000.00 | $2,500.00 | $10,000.00 |
| | Toy Machine | | 2 | $31,038.00 | $62,076.00 | $48,774.00 | $97,548.00 |
| | | | | | | | |
| **Offices** | | | | | | | |
| | Cape Coral Office Furniture | | 1 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 |
| | Cape Coral Office Technology | | 1 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| | South Whitley Office Furniture | | 1 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 |
| | South Whitley Office Technology | | 1 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 |
| | | | | | | | |
| **Raw Material** | | | | | | | |
| | Hardware- all | | 1 | $27,500.00 | $27,500.00 | $27,500.00 | $27,500.00 |
| | Full Rolls of Carpet | | 353 | $600.00 | $211,800.00 | $400.00 | $141,200.00 |
| | Full Rolls of Mesh | | 56 | $1,208.52 | $67,677.12 | $805.68 | $45,118.08 |
| | Full Rolls of Vinyl | | 38.5 | $259.00 | $9,971.50 | $172.67 | $6,647.67 |
| 061223 | 3 Prong 3 Way | | 109 | $5.36 | $584.24 | $3.57 | $389.49 |
| 032373 | 3 Prong 3 Way | | 259 | $3.94 | $1,020.46 | $2.63 | $680.31 |
| 032368 | 2 Prong 6 Way | | 28 | $8.41 | $235.48 | $5.61 | $156.99 |
| 032367 | 2 Prong 3 Way | | 189 | $3.62 | $684.18 | $2.41 | $456.12 |
| 061222 | 3 prong extension | | 280 | $7.14 | $1,999.20 | $4.76 | $1,332.80 |
| 550244 | 2m 2 Prong | | 48 | $4.05 | $194.40 | $2.70 | $129.60 |
| 032366 | 1m 2 Prong | | 30 | $3.05 | $91.50 | $2.03 | $61.00 |
| 550342 | 10m 2 Prong | | 271 | $24.20 | $6,558.20 | $16.13 | $4,372.13 |
| 061221 | 120 Power | | 695 | $20.59 | $14,310.05 | $13.73 | $9,540.03 |
| 032364 | Garland to Ropelight | | 136 | $2.20 | $299.20 | $1.47 | $199.47 |
| 032365 | Ropelight to Garland | | 21 | $2.21 | $46.41 | $1.47 | $30.94 |
| 550470 | 2 prong gold extension | | 10 | $3.57 | $35.70 | $2.38 | $23.80 |

| Part # | Description | Dimensions | QTY | RETAIL PRICE 2023 | 2024 Total Retail Value | 2024 True cost per piece | 2024 Total Value at Cost |
|--------|-------------|------------|-----|-------------------|-------------------------|--------------------------|--------------------------|
| | | | | | $12,219,273.58 | | $7,842,916.10 |
| 061218 | 30W | | 182 | $28.79 | $5,239.78 | $19.19 | $3,493.19 |
| 061219 | 60W | | 284 | $45.87 | $13,027.08 | $30.58 | $8,684.72 |
| 061220 | 96W | | 162 | $58.66 | $9,502.92 | $39.11 | $6,335.28 |
| 550242 | 150W | | 21 | $75.00 | $1,575.00 | $50.00 | $1,050.00 |
| 550336 | 300W | | 32 | $120.00 | $3,840.00 | $80.00 | $2,560.00 |
| | 200 W | | 3 | $90.00 | $270.00 | $60.00 | $180.00 |
| 060790 | Spangles | | 459 | $53.12 | $24,382.08 | $35.41 | $16,254.72 |
| 050563 | Mirror Spangles | | 79 | $58.10 | $4,589.90 | $38.73 | $3,059.93 |
| 600431 | Leaves | | 91 | $41.25 | $3,753.75 | $27.50 | $2,502.50 |
| | Leblanc Light Strands | | 5254 | $19.80 | $104,029.20 | $13.20 | $69,352.80 |
| | Droplights | | 338 | $48.25 | $16,308.50 | $32.17 | $10,872.33 |
| | Ropelight | | 138 | $102.12 | $14,092.56 | $68.08 | $9,395.04 |
| | Chasing Ropelight | | 64 | $154.74 | $9,903.36 | $103.16 | $6,602.24 |
| 060818 | 400mm | | 158 | $159.50 | $25,201.00 | $106.33 | $16,800.67 |
| 060817 | 280mm | | 321 | $148.50 | $47,668.50 | $99.00 | $31,779.00 |
| 060745 | 200mm | | 254 | $132.00 | $33,528.00 | $88.00 | $22,352.00 |
| 060759 | 140mm | | 265 | $93.50 | $24,777.50 | $62.33 | $16,518.33 |
| 060743 | 100mm | | 144 | $77.00 | $11,088.00 | $51.33 | $7,392.00 |

**Fill in this information to identify the case:**

Debtor name _Artistic Holiday Designs, LLC_

United States Bankruptcy Court for the: _Middle District of Florida_

Case number (If known): _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:  List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one
   secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>B Squared Inc. | Describe debtor's property that is subject to a lien<br>All Assets in Florida | $ 33,507.68 | $ 0.00 |

**2.1** Creditor's name
B Squared Inc.

Creditor's mailing address

104 W. 29th St.
7th Floor, New York, NY 1001

Creditor's email address, if known

_____

Date debt was incurred  06/12/2024

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,
_____

Describe debtor's property that is subject to a lien
All Assets in Florida

Describe the lien
Judgment,

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 33,507.68
Column B: $ 0.00

**2.2** Creditor's name
Melissa & Doug, LLC

Creditor's mailing address
3293 Fruitville Road
Suite 101, Sarasota, FL 34237

Creditor's email address, if known

_____

Date debt was incurred  01/13/2023
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
All Assets in Florida

Describe the lien
Judgment, Post-Judgment Settlement Agree

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,000.00       $0.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
   Page, if any.**                                                                          $ 5,656,424.68

| Debtor | Artistic Holiday Designs, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 1:    Additional Page

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name
MEP Capital Holdings III, L.P.

Describe debtor's property that is subject to a lien

All Assets

$5,614,917.00    $Unknown

Creditor's mailing address

244 Madison Ave
#1214, New York, NY 10016

Creditor's email address, if known

Date debt was incurred    03/28/2022
Last 4 digits of account number

Describe the lien

Agreement you made, UCC-1 Lien filed in Fl

Is the creditor an insider or related party?
☑ No
☐ Yes

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines _____

**2.__** Creditor's name

Describe debtor's property that is subject to a lien

$_____    $_____

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred    _____
Last 4 digits of account number

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    Artistic Holiday Designs, LLC

Name

Case number (if known)_____

<table>
<tr><td><strong>Part 2:</strong></td><td colspan="2"><strong>List Others to Be Notified for a Debt Already Listed in Part 1</strong></td></tr>
</table>

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Melissa & Doug, LLC<br>10 Westport Road, Wilton, CT 06897 | Line 2. 2 | _____ |
| Melissa & Doug, LLC<br>Richard Lowdermilk, Esq.<br>3293 Fruitville Rd #101<br>Sarasota, FL, 34237 | Line 2. 2 | _____ |
| Peter A. Solimine<br>425 Walnut St<br>#1800<br>Cincinnati, OH, 45202 | Line 2. 3 | _____ |
| Thomas J. Maccari, P.A.<br>7700 Congress Avenue<br>Suite 1134<br>Boca Raton, FL, 33487 | Line 2. 1 | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |

| Fill in this information to identify the case: |
|---|
| Debtor     Artistic Holiday Designs, LLC |
| United States Bankruptcy Court for the:   Middle District of Florida |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Indiana Department of Revenue
PO Box 6032
Indianapolis, IN 46207-6032

As of the petition filing date, the claim is: $ 13,906.03     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
State of California - Franchise
PO Box 942857
Sacramento, CA 94257-2021

As of the petition filing date, the claim is: $ 597.50     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
United States Treasury
Department of the Treasury
Internal Revenue Service
Kansas City , MO 64999-0010

As of the petition filing date, the claim is: $ 919.92     $ 919.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

| Debtor | Artistic Holiday Designs, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**
**Nonpriority creditor's name and mailing address**
508 Operations LLC
17 Grattan St
Ste 201
Brooklyn, NY 11237

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Services

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2**
**Nonpriority creditor's name and mailing address**
Able Source
2211 FM 3065
Colmesneil, TX 75938

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 13,418.90

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3**
**Nonpriority creditor's name and mailing address**
Aggreko Holdings, Inc.
1105 N Market St
Wilmington, DE 19801-1216

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Commercial Contract

$ 222,714.83

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4**
**Nonpriority creditor's name and mailing address**
Amaze1
4417 Se 16th Pl
Unit 13
Cape Coral, FL 33904

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Insider Trade Debt

$ 1,468,347.00

Date or dates debt was incurred 12/31/2022
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5**
**Nonpriority creditor's name and mailing address**
Amazing Mascots
4913 W Montrose Ave
Unit 3
Chicago, IL 60641

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 550.00

Date or dates debt was incurred 01/11/2022
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6**
**Nonpriority creditor's name and mailing address**
American Express
c/o CT Corporation System
1200 South Pine Island Road
Fort Lauderdale, FL 33324

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 48,258.93

Date or dates debt was incurred _____
Last 4 digits of account number 3006

Is the claim subject to offset?
☑ No
☐ Yes

Debtor     Artistic Holiday Designs, LLC
           Name

Case number (if known)_____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 7  **Nonpriority creditor's name and mailing address**

Anchored Power and Lighting LLC
5825 Eldon Pl
Downers Grove, IL 60516

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 6,408.64

Date or dates debt was incurred    11/21/2022

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8  **Nonpriority creditor's name and mailing address**

Anthony David White and Christian Marie White
42155 Delmonte St
Temecula, CA 92591

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Personal Injury

$ Undetermined

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 9  **Nonpriority creditor's name and mailing address**

ARK HOSPITALITY SOLUTIONS, LLC
702 N Deerpath Drive
Vernon Hills, IL 60061

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Settlement Agreement/Trade Debt

$ 116,806.01

Date or dates debt was incurred    11/16/2022

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 10  **Nonpriority creditor's name and mailing address**

Ashley Orfus
1107 Broadway
Suite 7A
New York, NY 10010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

Date or dates debt was incurred    08/12/2022

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 11  **Nonpriority creditor's name and mailing address**

Barcodes, Inc.
PO Box 95637
Chicago, IL 60694

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 32,722.89

Date or dates debt was incurred    11/07/2022

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Artistic Holiday Designs, LLC_____  Case number (if known)_____
          Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Blooming Color, Inc
230 Eisenhower Lane North
Lombard, IL 60148

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 6,840.12

Date or dates debt was incurred    12/30/2022

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

Blue Peak Tents, Inc.
650 N. Raddant Road
Batavia, IL 60510

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 21,431.00

Date or dates debt was incurred    11/08/2021

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

BMI
22571 Greenwell Springs Road
Greenwell Springs, LA 70739

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 227.00

Date or dates debt was incurred    02/02/2023

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

Boscoyo Studio, LLC
447 Broadway 2nd FL #627
New York, NY 10013

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 2,181.68

Date or dates debt was incurred    11/09/2023

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

Bucket Listers
447 Broadway 2nd FL
#627
New York, NY 10013

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ Unknown

Date or dates debt was incurred    11/11/2022

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Artistic Holiday Designs, LLC

Name

Case number *(if known)*

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17**    Nonpriority creditor's name and mailing address

Carpenter Decorating
PO Box 2027
Hickory, NC 28603

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,725.21

Date or dates debt was incurred    06/24/2021

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.18**    Nonpriority creditor's name and mailing address

City Of Orlando
400 S Orange Avenue
Orlando City Hall, 2nd Floor
Orlando, FL 32801

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Debt

$ 31.92

Date or dates debt was incurred    07/19/2024

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.19**    Nonpriority creditor's name and mailing address

Comcast-HC Account
PO Box 70219
Philadelphia, PA 19176-0219

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Telephone / Internet services

$ 524.39

Date or dates debt was incurred    12/12/2024

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.20**    Nonpriority creditor's name and mailing address

Comed
PO BOX 6111
Carol Stream, IL 60197-6111

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Services

$ 4,179.06

Date or dates debt was incurred    07/04/2022

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.21**    Nonpriority creditor's name and mailing address

Contract Credit Inc.
6500 River Place Blvd
Building 7 Suite 250
Cape Coral, FL 33904

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Subcontractor Agreement

$ 361,241.88

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor _____Artistic Holiday Designs, LLC_____  Case number *(if known)* _____
      Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 22    **Nonpriority creditor's name and mailing address**

Coyote Logistics LLC
PO Box 742636
Atlanta, GA 30374-2636

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    09/13/2023

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,015.35

---

**3.** 23    **Nonpriority creditor's name and mailing address**

Creative Visions LLC
6838 Balson Avenue
St. Louis , MO 63143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    11/01/2022

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 55,833.32

---

**3.** 24    **Nonpriority creditor's name and mailing address**

D Norwood Mgmt
236 El Dorado Pkwy E
Cape Coral, FL 33904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insider Trade Debt

Date or dates debt was incurred    09/01/2024

Last 4 digits of account number _____

**Is the claim subject to offset?**
✔ No
☐ Yes

$ 80,667.49

---

**3.** 25    **Nonpriority creditor's name and mailing address**

Delta Rent a Fence
371 Beinoris Dr
Wood Dale , IL 60191

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    01/16/2023

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 700.00

---

**3.** 26    **Nonpriority creditor's name and mailing address**

Derek Underwood
236 El Dorado Pkwy E
Cape Coral, FL 33904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insider Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
✔ No
☐ Yes

$ 212,100.00

---

Debtor  Artistic Holiday Designs, LLC
Name

Case number (if known) _____

| | |
|---|---|
| **Part 2:** | **Additional Page** |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.27** | **Nonpriority creditor's name and mailing address**

Duggan Bertsch, LLC
303 West Madison
Suite 1000
Chicago, IL 60606-3321

**As of the petition filing date, the claim is:** $ 23,748.13
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Attorney

**Date or dates debt was incurred** 5/31/24

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**

Ed-Trans
6 BIS RUE DENEB
ZAC DE LA BELLE ETOILE
72230 MONCE EN BELIN France

**As of the petition filing date, the claim is:** $ 43,126.77
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred** 12/31/2022

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**

Equipment Share/SLN
4044 McDonough St
Joliet, IL 60431

**As of the petition filing date, the claim is:** $ 4,144.17
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred** 12/12/2024

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**

Evangeline Specialties, Inc
1825 Bertrand Dr
Lafayette, LA 70506

**As of the petition filing date, the claim is:** $ 1,016.34
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred** 08/21/2024

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**

Express Services, Inc.
9701 Boardwalk Blvd
Oklahoma City, OK 73162

**As of the petition filing date, the claim is:** $ 46,617.06
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred** 10/09/2024

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Artistic Holiday Designs, LLC
         Name                                                    Case number (if known)

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.32   Nonpriority creditor's name and mailing address

F5D
70 Tobey Drive
Herscher, IL 60941

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 1,924.00

Basis for the claim: Trade Debt

Date or dates debt was incurred    12/01/2022

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number

### 3.33   Nonpriority creditor's name and mailing address

FedEx
PO Box 94515
Palatine, IL 60094-4515

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 4,987.91

Basis for the claim: Services

Date or dates debt was incurred    11/18/2024

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number

### 3.34   Nonpriority creditor's name and mailing address

Festifi, LLC
c/o Richard F. DeVall, Esq.
2891 Center Pointe Dr., Suite 304
Fort Myers, FL 33916

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ Unknown

Basis for the claim: Services

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number

### 3.35   Nonpriority creditor's name and mailing address

Forbes Property Services LLC
4509 SW 20th Pl
Cape Coral , FL 33914

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 143,104.85

Basis for the claim: Insider Trade Debt

Date or dates debt was incurred    05/31/2024

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number

### 3.36   Nonpriority creditor's name and mailing address

FordHarrison
PO Box 890836
Charlotte, NC 28289-0836

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

$ 32,331.00

Basis for the claim:

Date or dates debt was incurred    11/20/2024

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number

Debtor **Artistic Holiday Designs, LLC**
Name

Case number (if known) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 37    **Nonpriority creditor's name and mailing address**

Freight Country
109 Gates Ave
Valley Stream, NY 11580

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

| Date or dates debt was incurred | 11/14/2024 |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.** 38    **Nonpriority creditor's name and mailing address**

Gold & Levy, DBA Rosseto
3714 Jarvis Avenue
Skokie, IL 60076

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

| Date or dates debt was incurred | 12/13/2022 |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,192.00

---

**3.** 39    **Nonpriority creditor's name and mailing address**

Gorton and Company
222 Rosewood Drive
Suite 1100
Danvers, MA 01923

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

| Date or dates debt was incurred | 06/30/2024 |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 51,000.00

---

**3.** 40    **Nonpriority creditor's name and mailing address**

Green Earth
16121 Batson Road
Spencerville, MD 20868

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

| Date or dates debt was incurred | 12/09/2022 |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 975.00

---

**3.** 41    **Nonpriority creditor's name and mailing address**

Groupe Leblanc
6 RUE MICHAEL FARADAY
72100 LE MANS
FRANCE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

| Date or dates debt was incurred | 12/31/2022 |
|---|---|
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 690,614.04

---

Debtor __Artistic Holiday Designs, LLC_____
      Name

Case number _(if known)_____

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.** **42**    **Nonpriority creditor's name and mailing address**

GSS Security Services, Inc
20 West 22nd Street Suite 514
New York, NY 10010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21,015.54

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    __12/01/2022__

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **43**    **Nonpriority creditor's name and mailing address**

Guardian Protection Services
PO Box 37751
Philadelphia, PA 19101-5051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39.94

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    __12/21/2024__

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **44**    **Nonpriority creditor's name and mailing address**

Holiday Creations Pro, Inc
20 Henderson Ave
Joliet, IL 60432

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,129,750.00

**Basis for the claim:** Insider Debt

Date or dates debt was incurred    __10/01/2023__

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **45**    **Nonpriority creditor's name and mailing address**

Holiday Radiance Lights
7040 Avenida Encinas
#104-139
Carlsbad, CA 92011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,249.75

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    __09/19/2022__

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **46**    **Nonpriority creditor's name and mailing address**

Holiday Supply LLC
1951 N Ontario Street
Burbank, CA 91505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,268.00

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    __11/26/2021__

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Artistic Holiday Designs, LLC _____    Case number (if known) _____
            Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 47    **Nonpriority creditor's name and mailing address**

Hotspots Agency LLC
20871 West Genoa Ave
Lake Villa, IL 60046

**As of the petition filing date, the claim is:**    $ 15,462.09
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    01/12/2023

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 48    **Nonpriority creditor's name and mailing address**

Image360
9960 W. 191st St
Suite E
Mokena, IL 60448

**As of the petition filing date, the claim is:**    $ 801.32
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    09/20/2023

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 49    **Nonpriority creditor's name and mailing address**

Integrity Soft Wash
1601 Highway 50
Otterville, MO 65348

**As of the petition filing date, the claim is:**    $ 58,453.71
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    11/20/2022

Last 4 digits of account number _____

**Is the claim subject to offset?**
✔ No
☐ Yes

---

**3.** 50    **Nonpriority creditor's name and mailing address**

J Licitra Mgmt
4130 Grand Ave.
Western Springs, IL 60558

**As of the petition filing date, the claim is:**    $ 50,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insider Trade Debt

Date or dates debt was incurred    09/01/2024

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 51    **Nonpriority creditor's name and mailing address**

Jonathan Licitra
4130 Grand Ave.
Western Springs, IL 60558

**As of the petition filing date, the claim is:**    $ 750,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Insider Trade Debt

Date or dates debt was incurred    _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
✔ No
☐ Yes

---

Debtor    Artistic Holiday Designs, LLC
_____
          Name

Case number *(if known)* _____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.52** **Nonpriority creditor's name and mailing address**

Leonards Unit Step Co.
1515 Channahon Rd.
Joliet, IL 60436

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$ 57,764.64

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred**    05/05/2022

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.53** **Nonpriority creditor's name and mailing address**

Liberty Mutual
P.O. Box 91013
Chicago, IL 60680-1171

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,849.40

**Basis for the claim:**   Utility Services

**Date or dates debt was incurred**    09/25/2023

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54** **Nonpriority creditor's name and mailing address**

Lightsup Holiday Lighting
11865 Prospect Rd
Strongsville, OH 44149

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$ 17,406.08

**Basis for the claim:**   Trade Debt

**Date or dates debt was incurred**    08/29/2022

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55** **Nonpriority creditor's name and mailing address**

Lipari Foods Operating Company, LLC
2775 Sunny Isles Blvd
Ste 100
Miami, FL 33160-4007

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41,661.24

**Basis for the claim:**   Final Judgment

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56** **Nonpriority creditor's name and mailing address**

Little Spider Creations, Inc
4613 Broad Street
Loris, SC 20390

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$ 20,390.00

**Basis for the claim:**   Trade Debt

**Date or dates debt was incurred**    10/30/2023

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Artistic Holiday Designs, LLC | Case number (if known) | |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57  Nonpriority creditor's name and mailing address**

Luke David Mayer
3117 Harper Street
Little Elm , TX 75068

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 2,430.00

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    01/23/2023

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.58  Nonpriority creditor's name and mailing address**

Lumen/Brightspeed CenturyLink
PO Box 6102
Carol Stream, IL 60197-6102

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 147.33

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    12/12/2024

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.59  Nonpriority creditor's name and mailing address**

Mahoney, Silverman & Cross, LLC
822 Infantry Drive
Suite 100
Joliet, IL 60435

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

$ 21,555.00

**Basis for the claim:** Attorney

Date or dates debt was incurred    08/10/2022

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.60  Nonpriority creditor's name and mailing address**

Mascottes.com
3250-1 Rue Marconi
Mascouche, QC J7K 3N6
Canada

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 919.80

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    07/09/2022

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.61  Nonpriority creditor's name and mailing address**

McGriff Insurance Services LLC
PO Box 890635
Charlotte, NC 28289-0635

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 4,410.00

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    11/25/2024

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | Artistic Holiday Designs, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.62  Nonpriority creditor's name and mailing address**

Meltzer, Purtill & Stelle LLC
1515 E. Woodfield Road
Suite 250
Schaumburg, IL 60173C72

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Attorney

$ 2,511.27

**Date or dates debt was incurred**  06/08/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.63  Nonpriority creditor's name and mailing address**

Midwest Event Solutions LLC
2040 Broadsmore Drive
Algonquin, IL 60102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

$ 5,872.25

**Date or dates debt was incurred**  12/22/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.64  Nonpriority creditor's name and mailing address**

NIPSCO
801 E. 86th Avenue
Merrillville, IN 46410

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

$ 11,899.99

**Date or dates debt was incurred**  04/12/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.65  Nonpriority creditor's name and mailing address**

NYFF Events LLC
999 South Oyster Bay Road
Suite 307
Bethpage, NY 11714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.66  Nonpriority creditor's name and mailing address**

OL USA LLC
c/o Deana S. Stein, Esq.
200 Public Square, Suite 2300
Cleveland, OH 44114-2378

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

$ Unknown

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Artistic Holiday Designs, LLC
_____    Case number (if known) _____
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.67  Nonpriority creditor's name and mailing address**

Old Dominion Freight Line, Inc.
14933 Collection Center Drive
Chicago, IL 60693-4933

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 206.92

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred  10/29/2021

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.68  Nonpriority creditor's name and mailing address**

Ozarc Gas Equipment and Supply
PO Box 697
Cape Girardeau, MO 63702

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 183.57

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.69  Nonpriority creditor's name and mailing address**

Parachute Concerts
1055 Washinton Blvd
Ste 105
Stamford, CT 06905

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred  09/21/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.70  Nonpriority creditor's name and mailing address**

Peoplelink, LLC
431 E. Colfax Ave
Suite 200
South Bend , IN 46617

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred  09/12/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.71  Nonpriority creditor's name and mailing address**

Petal and Company Productions LLC
909 3rd Ave
Ste 1851
New York, NY 10150

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$ 61,956.50

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred  08/05/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

| Debtor | Artistic Holiday Designs, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 72**   Nonpriority creditor's name and mailing address

Phillip Steinberg
3332 Del Prado Blvd S
Cape Coral, FL 33904

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Attorney

$ 562.50

Date or dates debt was incurred    05/31/2024

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 73**   Nonpriority creditor's name and mailing address

Pixel Pro Displays, LLC
211 Van Drive
Connellsville, PA 15425

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 34,291.01

Date or dates debt was incurred    11/09/2022

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 74**   Nonpriority creditor's name and mailing address

PixelController, LLC
12605 Black Hills Drive
Peyton, CO 80831

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 290.00

Date or dates debt was incurred    08/08/2024

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 75**   Nonpriority creditor's name and mailing address

Quiet Lawn
123 Cloverleaf Dr
Longs, SC 29568

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 826.36

Date or dates debt was incurred    02/14/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 76**   Nonpriority creditor's name and mailing address

RAMP
715th Avenue 6th Floor
New York, NY 10003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 5,395.52

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Artistic Holiday Designs, LLC
          Name
          
Case number *(if known)*

---

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**    **Amount of claim**

**3.77**  **Nonpriority creditor's name and mailing address**

Renee Hebert
85 Maplecliff Dr
Avon Lake, OH 44012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

$ 136,728.56

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    06/05/2023

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number

---

**3.78**  **Nonpriority creditor's name and mailing address**

Richard Norwood
1098 Norwalk Rd
Lemont, IL 60439

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70,000.00

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.79**  **Nonpriority creditor's name and mailing address**

Rosemont Exposition Services, Inc
9291 W Bryn Mawr Ave
Rosemont, IL 60018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

$ 46,081.85

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    10/27/2021

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.80**  **Nonpriority creditor's name and mailing address**

Rye Korp Constracting
860 Progress Drive
Medina, OH 44256

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,123.54

**Basis for the claim:** Trade Debt

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.81**  **Nonpriority creditor's name and mailing address**

Scarinci & Hollenbeck, LLC
150 Clove Rd
Ste 9
Little Falls, NJ 07424-2139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,750.00

**Basis for the claim:** Attorney

Date or dates debt was incurred    10/11/2024

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

Debtor    Artistic Holiday Designs, LLC

Name    Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** **82**  **Nonpriority creditor's name and mailing address**

Seasonal Convenience Co.
130 N Walnut
Elmhurst, IL 60126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    09/13/2022
Last 4 digits of account number

$ 1,113.75

**3.** **83**  **Nonpriority creditor's name and mailing address**

Simple Solutions Exterior Cleaning, LLC
4280 Church St.
Suite 1556
Sanford, FL 32771

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    11/08/2023
Last 4 digits of account number

$ Unknown

**3.** **84**  **Nonpriority creditor's name and mailing address**

SLN Contractors, Inc.
4130 Grand Ave.
Western Springs, IL 60558

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    01/11/2024
Last 4 digits of account number

$ 55,323.80

**3.** **85**  **Nonpriority creditor's name and mailing address**

Sonya Bakrou
11 RUE ANDRÉ CAYATTE
72000 LE MANS
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    01/01/2024
Last 4 digits of account number

$ 51,500.00

**3.** **86**  **Nonpriority creditor's name and mailing address**

Specialty Investments of Dalton, LLC
PO Box 1412
Dalton, GA 30722

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    10/16/2022
Last 4 digits of account number

$ 4,724.00

Debtor    Artistic Holiday Designs, LLC
_____
Name    Case number (if known) _____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.87** | **Nonpriority creditor's name and mailing address**

Sunbelt Rentals, Inc
PO Box 409211
Atlanta, GA 30384-9211

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$ 59,159.84

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    10/26/2022

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address**

Tappit Technologies US, Inc
320 Decker Drive
Suite 100
Irving, TX 75062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    08/30/2022

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address**

Technotrix, Inc.
1407 Huntington Dr
Calumet City, IL 60409

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address**

TJ Nowak Supply Co Inc
302 W Superior Street
Fort Wayne, IN 46802

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,359.65

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    10/04/2024

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address**

Town of South Whitley
PO Box 372
South Whitley, IN 46787

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,757.19

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    12/01/2024

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Artistic Holiday Designs, LLC
          Name                                                    Case number (if known) _____

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.92**  Nonpriority creditor's name and mailing address

Truly Nolen
2715 Edison Ave
Fort Myers, FL 33916

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 266.25

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    12/11/2024

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.93**  Nonpriority creditor's name and mailing address

TZL LLC
265 Post Avenue
Ste 333
Westbury, NY 11590

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$ 46,506.29

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    09/23/2022

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94**  Nonpriority creditor's name and mailing address

Uline
PO Box 88741
Chicago, IL 60680-1741

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    11/14/2022

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.95**  Nonpriority creditor's name and mailing address

United Rentals (North America), Inc
PO Box 100711
Atltanta, GA 30384-0711

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$ 298,479.02

**Basis for the claim:** Trade Debt

Date or dates debt was incurred    11/22/2022

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.96**  Nonpriority creditor's name and mailing address

US Small Business Administration
CESC - COVID EIDL SERVICE CENTER
14925 Kingsport Road
Fort Worth, TX 76155

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25,000.00

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Artistic Holiday Designs, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.97  Nonpriority creditor's name and mailing address**

Waste Management
PO Box 4648
Carol Stream, IL 60197-4648

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 3,368.06

Date or dates debt was incurred ___09/03/2024___

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.98  Nonpriority creditor's name and mailing address**

Waste Pro - Ft. Myers
PO Box 946208
Atlanta, GA 30394-6208

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 5.01

Date or dates debt was incurred ___12/13/2024___

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.99  Nonpriority creditor's name and mailing address**

Whitley Environmental Inc.
2305 E Cardinal Drive
Columbia City, IN 46725

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 110.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100  Nonpriority creditor's name and mailing address**

Willscot
4646 East Van Buren Street
Suite 400
Phoenix, AZ 85008

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 143,317.23

Date or dates debt was incurred ___01/17/2023___

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101  Nonpriority creditor's name and mailing address**

Wood, Phillips, Katz, Clark & Mortimer
500 West Madison
Suite 1130
Chicago, IL 60661

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Attorney

$ 427.51

Date or dates debt was incurred ___11/30/2022___

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Artistic Holiday Designs, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Adam Rutstein, Esq.<br>Spilotor Law Group, LLC<br>6160 North Cicero Ave, Suite 650<br>Chicago, IL, 60646 | Line 3.3<br>☐ Not listed. Explain: | _____ |
| 4.2. | Aggreko Holdings, Inc.<br>c/o Daniel J. Spilotro, Esq.<br>6160 North Cicero Ave, Suite 650<br>Chicago, IL, 60646 | Line 3.3<br>☐ Not listed. Explain | _____ |
| 4.3. | American Express<br>PO Box 6031<br>Carol Stream, IL, 60197 | Line 3.6<br>☐ Not listed. Explain | _____ |
| 4.4. | Barry M. Golden, Esq.<br>1173A Second Ave, Suite 153<br>New York, NY, 10065 | Line 3.1<br>☐ Not listed. Explain | _____ |
| 41. | Festifi LLC<br>6310 San Vicente Blvd<br>Suite 501<br>Los Angeles, CA, 90048-5421 | Line 3.34<br>☐ Not listed. Explain | _____ |
| 4.5. | Gary Adelman, Esq.<br>ADELMAN MATZ, P.C.<br>1173A Second Ave, Suite 153<br>New York, NY, 10065 | Line 3.1<br>☐ Not listed. Explain | _____ |
| 4.6. | Jonathon P. Hempfling, Esq.<br>Marcadis and Singer<br>5104 S West Shore Blvd<br>Tampa, FL, 33611 | Line 3.21<br>☐ Not listed. Explain | _____ |
| 4.7. | La Ley Con John H. Ruiz, P.A.<br>2701 S. Le Jeune Road<br>10th Floor<br>Miami, FL, 33134 | Line 3.8<br>☐ Not listed. Explain | _____ |
| 4.8. | OL USA LLC<br>c/o John C. Gentile, Esq.<br>1313 N. Market Street, Suite 1201<br>Wilmington, DE, 19801 | Line 3.66<br>☐ Not listed. Explain | _____ |
| 4.9. | Sara M. Matz, Esq.<br>1173A Second Ave, Suite 153<br>New York, NY, 10065 | Line 3.1<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line _____<br>☐ Not listed. Explain | _____ |

Debtor    Artistic Holiday Designs, LLC          Case number *(if known)*_____
          Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 15,423.45 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 7,003,378.17 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 7,018,801.62 |

**Fill in this information to identify the case:**

Debtor name: Artistic Holiday Designs, LLC

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known): _____    Chapter    11

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Non-Residential Lease for 4417 SE 16th Place, Suite 13, Cape Coral, Florida 33904 Lessee | C C BIZ PARK LLC 505 W HICKPOCHEE AVE STE 200 LABELLE, FL, 33935 |
| | State the term remaining | SEPTEMBER 30, 2025 | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Chief Operations Officer Contract Agent | Forbes Services LLC 4509 SW 20th Pl Cape Coral, FL, 33914 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Design Assistant Contract Agent | Melanie Carlton 7251 Basswood Drive West Chester, OH, 45069 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease for 101 E. Carroll Rd., South Whitley, IN 46787 Lessee | AHD Real Estate, LLC 202 Stephen Street Lemont, IL, 60439 |
| | State the term remaining | July 01, 2030 | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Creative Director Contract Agent | Ten Degrees South c/o Ronda Jacob 8451 Old Shaw Way West Chester, OH, 45069 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Artistic Holiday Designs, LLC
_____
Name

Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.6 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract** | Design Assistant Contract Agent | Reid Martin |
| 2.7 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Holiday Lighting Services Agent<br><br>December 31, 2026 | Village of Orlando Park<br>14700 Ravinia Avenue<br>Orland Park, IL, 60462 |
| 2.8 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Holiday Lights Event Agreement Agent<br><br>December 31, 2026 | BOARD OF PARK COMMISSIONERS OF THE CLEVELAND METROPOLITAN PARK DISTRICT<br>4101 Fulton Parkway<br>Cleveland, OH, 44144 |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name  Artistic Holiday Designs, LLC

United States Bankruptcy Court for the:  Middle District of Florida

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.1 Amaze Light Festival Chicago, LLC | c/o Derek Norwood 4417 SE 16th PL #13 Cape Coral, FL 33904 | | 508 Operations LLC | ☐ D ☑ E/F ☐ G |
| 2.2 Amaze Light Festival | c/o Derek Norwood 4417 SE 16th PL #13 Cape Coral, FL 33904 | | 508 Operations LLC | ☐ D ☑ E/F ☐ G |
| 2.3 Amaze Light Festival | c/o Derek Norwood 4417 SE 16th PL #13 Cape Coral, FL 33904 | | 508 Operations LLC | ☐ D ☑ E/F ☐ G |
| 2.4 Derek Underwood | 4417 SE 16th PL #13 Cape Coral, FL 33904 | | 508 Operations LLC | ☐ D ☑ E/F ☐ G |
| 2.5 Samatha Barkus | 4509 SW 20th Pl Cape Coral, FL 33914 | | 508 Operations LLC | ☐ D ☑ E/F ☐ G |
| 2.6 Derek Underwood | 4417 SE 16th PL #13 Cape Coral, FL 33904 | | Lipari Foods Operating Co | ☐ D ☑ E/F ☐ G |

| Debtor | Artistic Holiday Designs, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Derek Underwood | 4417 SE 16th PL #13<br>Cape Coral, FL 33904 | United Rentals (North America), Inc | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 | Derek Underwood | 4417 SE 16th PL #13<br>Cape Coral, FL 33904 | C C BIZ PARK LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.9 | AHD Real Estate, LLC | c/o Derek Norwood<br>4417 SE 16th PL #13<br>Cape Coral, FL 33904 | MEP Capital Holdings III, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | Amaze Light Festival Chicago, LLC | c/o Derek Norwood<br>4417 SE 16th PL #13<br>Cape Coral, FL 33904 | MEP Capital Holdings III, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | Derek Underwood | 4417 SE 16th PL #13<br>Cape Coral, FL 33904 | MEP Capital Holdings III, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.12 | Holiday Creations Pro, Inc. | c/o Derek Norwood<br>4417 SE 16th PL #13<br>Cape Coral, FL 33904 | MEP Capital Holdings III, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | Amaze Light Festival New York City, LLC | c/o Derek Norwood<br>4417 SE 16th PL #13<br>Cape Coral, FL 33904 | MEP Capital Holdings III, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.__ | | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name    Artistic Holiday Designs, LLC

United States Bankruptcy Court for the:    Middle District of Florida

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01/29/2025            ✘ /s/ Derek Norwood
               MM / DD / YYYY        Signature of individual signing on behalf of debtor

                                     Derek Norwood
                                     Printed name

                                     Managing Member
                                     Position or relationship to debtor

United States Bankruptcy Court

Middle District of Florida

In re:  Artistic Holiday Designs, LLC

Case No.

Chapter  11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____01/29/2025_____

/s/ Derek Norwood
_____
Signature of Individual signing on behalf of debtor

Managing Member
_____
Position or relationship to debtor

508 Operations LLC
17 Grattan St
Ste 201
Brooklyn, NY 11237

508 Operations LLC
c/o Adelman Matx P.C.
800 3rd Ave., Ste 2502
New York, NY 10022-7787

Able Source
2211 FM 3065
Colmesneil, TX 75938

Adam Rutstein, Esq.
Spilotor Law Group, LLC
6160 North Cicero Ave, Suite 650
Chicago, IL 60646

Aggreko Holdings, Inc.
1105 N Market St
Wilmington, DE 19801-1216

Aggreko Holdings, Inc.
c/o Daniel J. Spilotro, Esq.
6160 North Cicero Ave, Suite 650
Chicago, IL 60646

Aggreko Holdings, Inc.
c/o Spilotro Law Group, LLC
6160 N. Cicero Ave. Ste 650
Chicago, IL 60646

AHD Real Estate, LLC
202 Stephen Street
Lemont, IL 60439

Amaze Light Festival Chicago, LLC
c/o Derek Norwood
4417 SE 16th PL #13
Cape Coral, FL 33904

Amaze Light Festival Management, LLC
c/o Derek Norwood
4417 SE 16th PL #13
Cape Coral, FL 33904

Amaze Light Festival New York City, LLC
c/o Derek Norwood
4417 SE 16th PL #13
Cape Coral, FL 33904

Amaze1
4417 Se 16th Pl
Unit 13
Cape Coral, FL 33904

Amazing Mascots
4913 W Montrose Ave
Unit 3
Chicago, IL 60641

American Express
c/o CT Corporation System
1200 South Pine Island Road
Fort Lauderdale, FL 33324

American Express
PO Box 6031
Carol Stream, IL 60197

Anchored Power and Lighting LLC
5825 Eldon Pl
Downers Grove, IL 60516

Anthony David White and Christian Marie White
42155 Delmonte St
Temecula, CA 92591

Anthony David White and Christian Marie White
C/O Christine Marie Lugo, Esq.
3150 SW 38th Ave
Miami, FL 33146-1531

ARK HOSPITALITY SOLUTIONS, LLC
702 N Deerpath Drive
Vernon Hills, IL 60061

Ashley Orfus
1107 Broadway
Suite 7A
New York, NY 10010

B Squared Inc.
104 W. 29th St.
7th Floor
New York, NY 1001

B Squared Inc.
c/o Thomas J. Maccari, P.A.
7700 Congress Ave #1134
Boca Raton, FL 33487

Barcodes, Inc.
PO Box 95637
Chicago, IL 60694

Barry M. Golden, Esq.
1173A Second Ave, Suite 153
New York, NY 10065

Blooming Color, Inc
230 Eisenhower Lane North
Lombard, IL 60148

Blue Peak Tents, Inc.
650 N. Raddant Road
Batavia, IL 60510

BMI
22571 Greenwell Springs Road
Greenwell Springs, LA 70739

BOARD OF PARK COMMISSIONERS OF THE
CLEVELAND
4101 Fulton Parkway
Cleveland, OH 44144

Boscoyo Studio, LLC
447 Broadway 2nd FL #627
New York, NY 10013

Bucket Listers
447 Broadway 2nd FL
New York, NY 10013

C C BIZ PARK LLC
505 W HICKPOCHEE AVE
STE 200
LABELLE, FL 33935

Carpenter Decorating
PO Box 2027
Hickory, NC 28603

City Of Orlando
400 S Orange Avenue
Orlando City Hall, 2nd Floor

Comcast-HC Account
PO Box 70219
Philadelphia, PA 19176-0219

Comed
PO BOX 6111
Carol Stream, IL 60197-6111

Contract Credit Inc.
6500 River Place Blvd
Building 7 Suite 250
Cape Coral, FL 33904

Contract Credit Inc.
c/o Marcadis Singer PA
5104 S Westshore Blvd
Tampa, FL 33611

Coyote Logistics LLC
PO Box 742636
Atlanta, GA 30374-2636

Creative Visions LLC
6838 Balson Avenue
St. Louis , MO 63143

D Norwood Mgmt
236 El Dorado Pkwy E
Cape Coral, FL 33904

Delta Rent a Fence
371 Beinoris Dr
Wood Dale , IL 60191

Derek Underwood
236 El Dorado Pkwy E
Cape Coral, FL 33904

Derek Underwood
4417 SE 16th PL #13
Cape Coral, FL 33904

Duggan Bertsch, LLC
303 West Madison
Suite 1000
Chicago, IL 60606-3321

Ed-Trans
6 BIS RUE DENEB
ZAC DE LA BELLE ETOILE
72230 MONCE EN BELIN, France

Equipment Share/SLN
4044 McDonough St
Joliet, IL 60431

Evangeline Specialties, Inc
1825 Bertrand Dr
Lafayette, LA 70506

Express Services, Inc.
9701 Boardwalk Blvd
Oklahoma City, OK 73162

F5D
70 Tobey Drive
Herscher, IL 60941

FedEx
PO Box 94515
Palatine, IL 60094-4515

Festifi LLC
6310 San Vicente Blvd
Suite 501
Los Angeles, CA 90048-5421

Festifi LLC
c/o Richard F. DeVall
2891 Center Point Dr. #304
Fort Myers, FL 33916

Festifi, LLC
c/o Richard F. DeVall, Esq.
2891 Center Pointe Dr., Suite 304
Fort Myers, FL 33916

Forbes Property Services LLC
4509 SW 20th Pl
Cape Coral , FL 33914

Forbes Services LLC
4509 SW 20th Pl
Cape Coral, FL 33914

FordHarrison
PO Box 890836
Charlotte, NC 28289-0836

Freight Country
109 Gates Ave
Valley Stream, NY 11580

Gary Adelman, Esq.
ADELMAN MATZ, P.C.
1173A Second Ave, Suite 153
New York, NY 10065

Gold & Levy, DBA Rosseto
3714 Jarvis Avenue
Skokie, IL 60076

Gorton and Company
222 Rosewood Drive
Suite 1100
Danvers, MA 01923

Green Earth
16121 Batson Road
Spencerville, MD 20868

Groupe Leblanc
6 RUE MICHAEL FARADAY
72100 LE MANS
FRANCE,

GSS Security Services, Inc
20 West 22nd Street Suite 514
New York, NY 10010

Guardian Protection Services
PO Box 37751
Philadelphia, PA 19101-5051

Holiday Creations Pro, Inc
20 Henderson Ave
Joliet, IL 60432

Holiday Radiance Lights
7040 Avenida Encinas
Carlsbad, CA 92011

Holiday Supply LLC
1951 N Ontario Street
Burbank, CA 91505

Hotspots Agency LLC
20871 West Genoa Ave
Lake Villa, IL 60046

Image360
9960 W. 191st St
Suite E
Mokena, IL 60448

Indiana Department of Revenue
PO Box 6032
Indianapolis, IN 46207-6032

Integrity Soft Wash
1601 Highway 50
Otterville, MO 65348

J Licitra Mgmt
4130 Grand Ave.
Western Springs, IL 60558

Jonathan Licitra
4130 Grand Ave.
Western Springs, IL 60558

Jonathon P. Hempfling, Esq.
Marcadis and Singer
5104 S West Shore Blvd
Tampa, FL 33611

La Ley Con John H. Ruiz, P.A.
2701 S. Le Jeune Road
10th Floor
Miami, FL 33134

Leonards Unit Step Co.
1515 Channahon Rd.
Joliet, IL 60436

Liberty Mutual
P.O. Box 91013
Chicago, IL 60680-1171

Lightsup Holiday Lighting
11865 Prospect Rd
Strongsville, OH 44149

Lipari Foods Operating Company, LLC
2775 Sunny Isles Blvd
Ste 100
Miami, FL 33160-4007

Lipari Foods Operation Co LLC
c/o Stacy S. Fisher, Esq.
2775 Sunny Isles Blvd #100
Miami, FL 33160-4007

Little Spider Creations, Inc
4613 Broad Street
Loris, SC 20390

Luke David Mayer
3117 Harper Street
Little Elm , TX 75068

Lumen/Brightspeed CenturyLink
PO Box 6102
Carol Stream, IL 60197-6102

Mahoney, Silverman & Cross, LLC
822 Infantry Drive
Suite 100
Joliet, IL 60435

Mascottes.com
3250-1 Rue Marconi
Mascouche, QC J7K 3N6
Canada,

McGriff Insurance Services LLC
PO Box 890635
Charlotte, NC 28289-0635

Melanie Carlton
7251 Basswood Drive
West Chester, OH 45069

Melissa & Doug LLC
c/o Richard S. Lowdermilk, Esq.
1800 Second Street # 777
Sarasota, FL 34236

Melissa & Doug, LLC
3293 Fruitville Road
Suite 101
Sarasota, FL 34237

Melissa & Doug, LLC
10 Westport Road, Wilton, CT 06897

Melissa & Doug, LLC
Richard Lowdermilk, Esq.
3293 Fruitville Rd #101
Sarasota, FL 34237

Meltzer, Purtill & Stelle LLC
1515 E. Woodfield Road
Suite 250
Schaumburg, IL 60173C72

MEP Capital Holdings III, L.P.
244 Madison Ave
New York, NY 10016

Midwest Event Solutions LLC
2040 Broadsmore Drive
Algonquin, IL 60102

NIPSCO
801 E. 86th Avenue
Merrillville, IN 46410

NYFF Events LLC
999 South Oyster Bay Road
Suite 307
Bethpage, NY 11714

NYFF Events LLC
c/o Elliot J. Blumenthal, Esq.
1074 Broadway, Suite 121
Woodmere, NY 11598

OL USA LLC
c/o Deana S. Stein, Esq.
200 Public Square, Suite 2300
Cleveland, OH 44114-2378

OL USA LLC
c/o John C. Gentile, Esq.
1313 N. Market Street, Suite 1201
Wilmington, DE 19801

OL USA, LLC
265 Post Avenue
Suite 333
Westbury, NY 11590

Old Dominion Freight Line, Inc.
14933 Collection Center Drive
Chicago, IL 60693-4933

Ozarc Gas Equipment and Supply
PO Box 697
Cape Girardeau, MO 63702

Parachute Concerts
1055 Washinton Blvd
Ste 105
Stamford, CT 06905

Peoplelink, LLC
431 E. Colfax Ave
Suite 200
South Bend , IN 46617

Petal and Company Productions LLC
909 3rd Ave
Ste 1851
New York, NY 10150

Petal and Company Productions LLC
c/o Christopher R. Travis
40 Wall Street, Ste 2508
New York, NY 10005

Peter A. Solimine
425 Walnut St
Cincinnati, OH 45202

Phillip Steinberg
3332 Del Prado Blvd S
Cape Coral, FL 33904

Pixel Pro Displays, LLC
211 Van Drive
Connellsville, PA 15425

PixelController, LLC
12605 Black Hills Drive
Peyton, CO 80831

Quiet Lawn
123 Cloverleaf Dr
Longs, SC 29568

RAMP
715th Avenue 6th Floor
New York, NY 10003

Reid Martin

Renee Hebert
85 Maplecliff Dr
Avon Lake, OH 44012

Richard Norwood
1098 Norwalk Rd
Lemont, IL 60439

Rosemont Exposition Services, Inc
9291 W Bryn Mawr Ave
Rosemont, IL 60018

Rye Korp Constracting
860 Progress Drive
Medina, OH 44256

Samatha Barkus
4509 SW 20th Pl
Cape Coral, FL 33914

Sara M. Matz, Esq.
1173A Second Ave, Suite 153
New York, NY 10065

Scarinci & Hollenbeck, LLC
150 Clove Rd
Ste 9
Little Falls, NJ 07424-2139

Seasonal Convenience Co.
130 N Walnut
Elmhurst, IL 60126

Simple Solutions Exterior Cleaning, LLC
4280 Church St.
Suite 1556
Sanford, FL 32771

SLN Contractors, Inc.
4130 Grand Ave.
Western Springs, IL 60558

Sonya Bakrou
11 RUE ANDRÉ CAYATTE
72000 LE MANS
FRANCE,

Specialty Investments of Dalton, LLC
PO Box 1412
Dalton, GA 30722

State of California - Franchise
PO Box 942857
Sacramento, CA 94257-2021

Sunbelt Rentals, Inc
PO Box 409211
Atlandta, GA 30384-9211

Tappit Technologies US, Inc
320 Decker Drive
Suite 100
Irving, TX 75062

Technotrix, Inc.
1407 Huntington Dr
Calumet City, IL 60409

Ten Degrees South c/o Ronda Jacob
8451 Old Shaw Way
West Chester, OH 45069

Thomas J. Maccari, P.A.
7700 Congress Avenue
Suite 1134
Boca Raton, FL 33487

TJ Nowak Supply Co Inc
302 W Superior Street
Fort Wayne, IN 46802

Town of South Whitley
PO Box 372
South Whitley, IN 46787

Truly Nolen
2715 Edison Ave
Fort Myers, FL 33916

TZL LLC
265 Post Avenue
Ste 333
Westbury, NY 11590

Uline
PO Box 88741
Chicago, IL 60680-1741

United Rentals (North America), Inc
PO Box 100711
Altlanta, GA 30384-0711

United Rentals North America
c/o Abby Fakhraie, Esq.
4919 Memorial Hwy #135
Tampa, FL 33634

United States Treasury
Internal Revenue Service
Kansas City , MO 64999-0010

US Small Business Administration
CESC - COVID EIDL SERVICE CENTER
14925 Kingsport Road
Fort Worth, TX 76155

Village of Orlando Park
14700 Ravinia Avenue
Orland Park, IL 60462

Waste Management
PO Box 4648
Carol Stream, IL 60197-4648

Waste Pro - Ft. Myers
PO Box 946208
Atlanta, GA 30394-6208

Whitley Environmental Inc.
2305 E Cardinal Drive
Columbia City, IN 46725

Willscot
4646 East Van Buren Street
Suite 400
Phoenix, AZ 85008

Wood, Phillips, Katz, Clark & Mortimer
500 West Madison
Suite 1130
Chicago, IL 60661